# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GALE BLACK, *et al.*, | ) | Civil Action No. 11-1928 (JEB) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **PROPOSED ORDER** |
| | ) | |
| | ) | |
| RAY LAHOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is a motion by Movants Friends of the Earth and Sierra Club to

intervene on behalf of the defendants in the above-captioned proceeding.  For the reasons set

forth in the accompanying Memorandum Opinion, and pursuant to Fed. R. Civ. P. 24(a), [and/or,

pursuant to Fed. R. Civ. P. 24(b),] Movants' motion to intervene is hereby GRANTED.

SO ORDERED this ___ day of _____, _____.


_____
James E. Boasberg
United States District Court Judge

\* Pursuant to Local Rule 7(k), Movants submit the following list of counsel who are entitled to be notified of the entry of this order:

James B. Dougherty (Bar No. 939538)
Law Office of J.B. Dougherty
709 Third Street, SW
Washington, DC 20024
Tel: (202) 488-1140
Fax: (202) 484-1789
jimdougherty@aol.com

*Attorney for Proposed Defendant-Intervenor SIERRA CLUB*

David T. Buente, Jr. (Bar No. 429503)
Peter R. Steenland (Bar No. 79236)
Ragu-Jara "Juge" Gregg (Bar No. 495645)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
dbuente@sidley.com
psteenland@sidley.com
rjgregg@sidley.com

AND

Frances A. Dubrowski (Bar No. 305391)
Law Office of Frances A. Dubrowski
3215 Klingle Rd., NW
Washington, DC 20008
Tel: 202-295-9009
Fax: 202-342-0340
dubrowski@aol.com

*Attorneys for Proposed Defendant-Intervenor FRIENDS OF THE EARTH, INC.*

The following pro se parties are entitled to be notified of the entry of this order:

GALE BLACK
1761 Crestwood Drive, NW
Washington, D.C. 20011-5333

ELEANOR OLIVER
3429 34th Place NW
Washington, DC 20016-3135

STEPHEN A. WHATLEY
1315 Fern Street, NW
Washington, D.C. 20012-2331

PATRICIA HAHN
3516 30th Street, NW
Washington, DC 20008-3250

LEWIS BASKERVILLE
1812 Allison Street, NW
Washington, DC 20011-3736

In addition, the following list of counsel are both entitled to and will be notified of the entry of this order via the Court's ECF System:

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

GRACE GRAHAM [472878]
Section Chief, Equity

CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)

IGNACIA MORENO
Assistant Attorney General

STACEY BOSSHARDT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 514-2912
stacey.bosshardt@usdoj.gov

RONALD C. MACHEN JR.
United States Attorney

RUDOLPH CONTRERAS
Chief, Civil Division

JANE M. LYONS
Assistant United States Attorney
555 4th Street, N.W. – Room E4104