# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GALE BLACK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **C.A. No. 11-01928 (JEB)** |
| ) | |
| ) | |
| RAY LAHOOD, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION OF PROPOSED INTERVENORS/MOVANTS FRIENDS OF THE EARTH AND SIERRA CLUB TO DISMISS COMPLAINT

Proposed Intervenors/Movants, Friends of the Earth and the Sierra Club, by and through their undersigned counsel, respectfully move this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) on the grounds that Plaintiffs lack standing to assert their claims, or, in the alternative, pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted. In lieu of a Memorandum in support of this motion, Proposed Intervenors/Movants hereby incorporate by reference the arguments, points, and authority set forth by the federal and District Defendants in their respective motions to dismiss, Dkt. #9 and 10, as if fully set forth herein.

As this is a dispositive motion, there is no requirement under the local rules to seek counsel's consent.

Dated: March 6, 2012                                  Respectfully submitted,

/s/ James B. Dougherty
James B. Dougherty (Bar No. 939538)
Law Office of J.B. Dougherty
709 Third Street, SW
Washington, DC 20024
Tel: (202) 488-1140
Fax: (202) 484-1789
jimdougherty@aol.com

*Attorney for Proposed Defendant-Intervenor*
*SIERRA CLUB*

/s/ David T. Buente
David T. Buente, Jr. (Bar No. 429503)
Peter R. Steenland (Bar No. 79236)
Ragu-Jara "Juge" Gregg (Bar No. 495645)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
dbuente@sidley.com
psteenland@sidley.com
rjgregg@sidley.com

AND

/s/ Frances A. Dubrowski
Frances A. Dubrowski (Bar No. 305391)
Law Office of Frances A. Dubrowski
3215 Klingle Rd., NW
Washington, DC 20008
Tel: 202-295-9009
Fax: 202-342-0340
dubrowski@aol.com

*Attorneys for Proposed Defendant-Intervenor*
*FRIENDS OF THE EARTH, INC.*