# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GALE BLACK, *et al.*, | ) | Civil Action No. 11-1928 (JEB) |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | **PROPOSED ORDER** |
|  | ) |  |
|  | ) |  |
| RAY LAHOOD, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Before the Court is a motion by Proposed Intervenors-Movants Friends of the Earth and the Sierra Club to dismiss the Complaint. For the reasons set forth in the accompanying Memorandum Opinion, and pursuant to Fed. R. Civ. P. 12(b)(1), [and/or, pursuant to Fed. R. Civ. P. 12(b)(6),] Proposed Intervenors-Movants' motion to dismiss is hereby GRANTED; and it is

FURTHER ORDERED that the above-captioned matter be and hereby is dismissed with prejudice.

SO ORDERED this ___ day of _____, _____.


_____

James E. Boasberg
United States District Court Judge

* Pursuant to Local Rule 7(k), Movants submit the following list of counsel who are entitled to be notified of the entry of this order:

James B. Dougherty (Bar No. 939538)
Law Office of J.B. Dougherty
709 Third Street, SW
Washington, DC 20024
Tel: (202) 488-1140
Fax: (202) 484-1789
jimdougherty@aol.com

*Attorney for Proposed Defendant-Intervenor SIERRA CLUB*

David T. Buente, Jr. (Bar No. 429503)
Peter R. Steenland (Bar No. 79236)
Ragu-Jara "Juge" Gregg (Bar No. 495645)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
dbuente@sidley.com
psteenland@sidley.com
rjgregg@sidley.com

AND

Frances A. Dubrowski (Bar No. 305391)
Law Office of Frances A. Dubrowski
3215 Klingle Rd., NW
Washington, DC 20008
Tel: 202-295-9009
Fax: 202-342-0340
dubrowski@aol.com

*Attorneys for Proposed Defendant-Intervenor FRIENDS OF THE EARTH, INC.*

The following pro se parties are entitled to be notified of the entry of this order:

GALE BLACK
1761 Crestwood Drive, NW
Washington, D.C. 20011-5333

ELEANOR OLIVER
3429 34th Place NW
Washington, DC 20016-3135

STEPHEN A. WHATLEY
1315 Fern Street, NW
Washington, D.C. 20012-2331

PATRICIA HAHN
3516 30th Street, NW
Washington, DC 20008-3250

LEWIS BASKERVILLE
1812 Allison Street, NW
Washington, DC 20011-3736

2

In addition, the following list of counsel are both entitled to and will be notified of the entry of this order via the Court's ECF System:


IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

GRACE GRAHAM [472878]
Section Chief, Equity

CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)

IGNACIA MORENO
Assistant Attorney General

STACEY BOSSHARDT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
(202) 514-2912
stacey.bosshardt@usdoj.gov

RONALD C. MACHEN JR.
United States Attorney

RUDOLPH CONTRERAS
Chief, Civil Division

JANE M. LYONS
Assistant United States Attorney
555 4th Street, N.W. – Room E4104

3