# Exhibit 1

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GALE BLACK, ET AL.,                          )
      Plaintiffs,                        )
                                    )    **Civil Action No. 11-1928**
      v.                                  )    **(RBW)**
                                      )
ERIC HOLDER, ET AL.,                         )
      Defendants.                        )

## DECLARATION OF JOHN C. CAMPBELL

Washington, District of Columbia )

    I, John Campbell, hereby declare and state under penalty of perjury the following:

    1.    This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer from no legal incapacity. I submit this declaration in support of the motion to intervene filed by Friends of the Earth and the Sierra Club in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project").

    2.    I reside at 2601 Klingle Road, NW, Washington, D.C., 20008. I have lived at this address since 1989 – before Klingle Road was washed out in a storm in 1991.

3.    My residence is located literally on the boundary of Klingle Valley Park ("the Park"). Most rooms of my home look out over the Park, so that I continually enjoy a park experience whenever I am at home. From my deck and the interior of the house, I often observe Klingle Creek, the surrounding federally-protected forest, and the endemic wildlife.

4.    I often walk into the Park for recreation and exercise – at least once per week. The existing barricades do not prevent pedestrian access. Such walks were not possible before the Road was washed out, as it was too dangerous. The tight curves of the now-closed Road made it virtually impossible for drivers to see more than a few yards ahead at many points. If the Road were reopened to vehicular traffic, I would be forced to discontinue these walks.

5.    Because of the proximity of the now-closed Road to my home, reconstruction of the Road would have substantial adverse impacts on my quality of life and my environmental interests. These impacts fall into these categories:

a.    – Noise. I can often hear the noise of passing vehicles on Porter Street, situated approximate 100 meters from my home. Given that the Road is located less than a stone's throw from my home, the noise of passing vehicles would be a great source of annoyance. Vehicles generate engine

2

noise as well as horn noise and music. I learned this first hand from 1989-1991, when motor vehicles frequented the Road in front of my home. During rush hour there was an almost constant hum of passing vehicles.

b. – Visual impairment. The Park is one of very few parks in Washington containing a creek but no paved road. The deeply-carved valley, with its towering old trees and babbling creek, make for a very lovely view that would be obliterated if opened to vehicular traffic.

c. – Recreation. If the Road were opened to vehicular traffic I would be unable to take walks in the Park.

6.     I am a dues-paying member of the Sierra Club. I have attended several public meetings over the years regarding the Department of Transportation's plans for the Park. These meetings have been held in the Visitor's Center of the National Zoo and at City Hall – the Wilson Building. I and/or other Sierra Club members – generally numbering more than a dozen – have testified in opposition to the proposed reconstruction of the Road. I, along with other Sierra Club members, have also attended several meetings with D.C. government officials to convey our deep interest in preventing the reconstruction of the Road, and in promoting construction of the proposed hiker-biker trail.

3

7.   I declare under penalty of perjury that the foregoing is true and correct.

Executed March 2, 2012.

John C. Campbell