# Exhibit 3

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GALE BLACK, ET AL.,<br>**Plaintiffs,**<br><br>v.<br><br>RAY LAHOOD, ET AL.,<br>**Defendants.** | )<br>)<br>)<br>)    **Civil Action No. 11-1928**<br>)    **(JEB)**<br>)<br>)<br>)<br>) |

## DECLARATION OF BRENT BLACKWELDER

Washington, District of Columbia                    )

I, Brent Blackwelder, hereby declare and state under penalty of perjury the following:

1. This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer from no legal incapacity. I submit this declaration in support of the motion to intervene filed by Friends of the Earth in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project"). The challenged documents implement the DC Council's decision to construct a multi-use trail facility and remediate the stormwater management problems in Klingle Valley.

2. I am sixty-nine (69) years old and live at 3517 Rodman Street, NW, Washington, D.C., 20008. I have lived at this address since 1984 and have lived in the Washington, D.C. area since 1948 (except during college and graduate school in the 1960s).

3. I have a BA from Duke University (Math), a masters degree from Yale University (Math), and a PhD from the University of Maryland (Philosophy).

4. I am a lifetime member of Friends of the Earth—a non-profit, membership-based environmental organization—and have been involved with the organization since its

establishment in 1969. I served as President of Friends of the Earth from 1994 to 2009 and now serve as President Emeritus.

5.    I have served as an environmental advocate for over forty (40) years. In 1972, I co-founded the Environmental Policy Center (EPC) and the Environmental Policy Institute (EPI) in 1974, and in the 1980s served as Vice President for Policy and Interim President.  EPI and EPC merged with Friends of the Earth in 1989.

6.    I also currently serve on the board of directors of the Potomac Riverkeeper, a nonprofit organization that is devoted to the protection of the Potomac watershed through the enforcement of federal and state laws and other efforts to prevent its exploitation.

7.    During the 1980s, I also served as chair of the board of directors of the League of Conservation Voters (LCV), a national nonprofit environmental organization.  I continue my service at LCV as Honorary Director.  I was the founding chairman of American Rivers  (then called American Rivers Conservation Council) in 1973 and served as chair of the board until 1986.

8.    Friends of the Earth has a longstanding interest in promoting environmental health within Washington, D.C., including but not limited to the protection of Rock Creek Park, Rock Creek, and its parent the Potomac River.  For example, Friends of the Earth was recently involved in a campaign against the construction of wireless telecommunication facilities in Rock Creek Park.  In addition, in 1996, Friends of the Earth, in conjunction with the Sierra Club, convened the DC Environmental Network, which is a network of over 120 local and national organizations with a vision of rebuilding Washington, D.C.'s neighborhoods for long-term economic stability by protecting and restoring the District's urban environment.  Among other projects, the network has campaigned to curb the amount of raw sewage and polluted stormwater

2

that makes its way into Rock Creek and the Potomac River, and has supported efforts to increase access to Rock Creek Park for schools, residents, and visitors by closing Beach Drive to vehicular traffic on weekends.

9.    Friends of the Earth has taken essentially every significant opportunity to engage government officials on the fate of Klingle Valley and commented extensively throughout the process.  Friends of the Earth's involvement has included, but is not limited to:

- In 2003, Friends of the Earth testified at a public hearing before the D.C. Council opposing a proposal to rebuild Klingle Road for vehicular traffic.

- Also in 2003, the Green Scissors Campaign—a coalition led by Friends of the Earth, along with Taxpayers for Common Sense and the U.S. Public Interest Research Group — highlighted the then-proposed reconstruction of Klingle Road for vehicular traffic as a prime example of wasteful government spending that would not be socially beneficial, but would instead destroy precious natural resources. (A copy of the report is attached as Exhibit 10 to the Memorandum in Support of the Motion to Intervene).

- Friends of the Earth provided testimony and submitted sixty-four (64) pages of comments on the 2005 "Draft Environmental Impact Statement for Klingle Road." (A copy of those comments is attached as Exhibit 11 to the Memorandum in Support of the Motion to Intervene).

- Friends of the Earth testified in support of the 2008 DC Council legislation barring a vehicular road through Klingle Valley and directing DDOT to conduct environmental remediation and construct a pedestrian and bicycle trail instead.

- In 2009, Friends of the Earth submitted ten (10) pages of written comments on the scoping of the proposed Klingle Valley Trail Environmental Assessment.

- In 2010, Friends of the Earth provided oral comments at the public hearing on the Proposed Environmental Assessment and subsequently submitted twenty-three (23) pages of written comments on that document as well. (A copy of the written comments can be found in the final Environmental Assessment, which was attached in part to Plaintiffs' Complaint, and is available at http://www.klingletrail.com/EA.asp (Last visited Feb. 20, 2012) D-154 to D-176).

10.    In addition to my work with Friends of the Earth, I have a significant personal stake in the outcome of this litigation. I grew up near Klingle Valley and went to school at John Eaton Elementary School, which is less than half a mile from the Valley. In addition, my house, where I have lived for over a quarter century, is located less than a mile from Klingle Valley. As a result, I have visited this particular part of Rock Creek Park countless times.

11.    I am an avid hiker, biker, and nature lover. Before I retired, I commuted to work in downtown D.C. by a combination of biking and taking the Metro, and on the weekends I often biked in Rock Creek Park, in part because Beach Drive was closed to vehicular traffic. I still enjoy riding my bicycle at every possible opportunity. I also frequently walk through Rock Creek Park—approximately fifty times a year. During the spring, when the wildflowers are out, I enjoy leading group walks through Rock Creek Park to observe the flowers in bloom.

12.    I can see Klingle Valley and Klingle Creek from various vantage points in my neighborhood – e.g., as I walk or bike over the Connecticut Avenue bridge in my travels around town, from the Porter Street hiking/biking trail through Rock Creek Park, and as I hike along the Tregaron trails in my neighborhood. From these vantage points, I can see how the road has continued to deteriorate, even though it is not in use. The debris from road deterioration and the large, ugly cement barriers used to keep what's left of the road in place mar the beauty of the valley and detract from my environmental and aesthetic appreciation of this special place.

4

Klingle Valley is a unique part of the Park. It is densely wooded and rich in biodiversity with a boulder-strewn creek and 100-year old trees that provide an excellent habitat for a wide variety of birds and other wildlife. The Valley is very interesting from a geological perspective because Klingle Creek cuts through multiple geological zones. I would enjoy spending time examining the geology and wildlife of this area up close. I have often felt disappointed that barricades at either end of the Valley and the unsafe condition of the deteriorated road discourage the public from exploring this beautiful area of the Park; if a biking and pedestrian trail were constructed in Klingle Valley, I would eagerly ride my bicycle and hike on it. As a result, my ability to use and enjoy the area surrounding my home would be significantly improved.

13.    I am also deeply opposed to rebuilding Klingle Road for vehicular traffic because of the water quality problems such a road would cause, and the importance Klingle Valley plays in the ecosystem of Rock Creek Park. Klingle Creek is a tributary to Rock Creek; a thriving Klingle Valley would therefore enhance the water quality of Rock Creek Park. Currently, there are few (if any) controls to manage stormwater runoff and minimize pollution in the area. I have observed water flowing down the steep hills of Klingle Valley across Klingle Road even when it is not raining. After a storm event, I can see trash that has been washed down Klingle Creek enter Rock Creek. Rebuilding Klingle Road for vehicular traffic would foreclose important stormwater management options, interfere with floodplain management, and impair Klingle Creek's contribution to the Rock Creek Park ecosystem. In addition, pollution from motor vehicles traveling along the Road would further degrade water quality and groundwater. As both an environmentalist and an area resident who enjoys spending time in Rock Creek Park, I believe these water quality concerns are very serious and would affect my ability to enjoy the park.

5

14.    14. In the 1960s, before Klingle Road was closed to motor vehicles, I used to drive my car along the Road. I noted that it was very dangerous for motorists. Because of the curves, other drivers would often cross the center dividing line without knowing whether there was another car coming in the opposite direction. I also observed that the Road was steadily deteriorating, which I attributed to its unusually steep topography and stormwater flows through the Valley. These two problems with the Road made me very wary of driving on it.

15.    I understand that a traffic study of the area (part of which is attached as Exhibit 9 to the Memorandum in Support of the Motion to Intervene) has shown that rebuilding Klingle Road for vehicular traffic will cause the area around my home to be more, rather than less, congested. As a result, the area will be noisier and less safe for pedestrians and bikers such as myself. I also believe that the maintenance and safety issues involved with reopening Klingle Road to vehicular traffic will only exacerbate this congestion. If the Plaintiffs were to prevail in seeing Klingle Road reopened to vehicular traffic, I believe my ability to use and enjoy the area around my home would be impaired.

16.    I am also very concerned about how much a road would cost to reconstruct and then to maintain, given the very difficult topography of the location. I understand the estimates are exceedingly high given that Klingle Road is both very short and very narrow. The roadbed receives substantial stormwater runoff because it sits on the floor of a steeply sloped valley surrounded by significant residential and school development. In addition, Klingle Road is prone to flooding because it is located in the floodplain. All of these features contributed to the need to close the road in 1991 and will interfere with maintenance of the road if it is reconstructed. As a District resident, I firmly believe the money that could be spent rebuilding

6

and maintaining Klingle Road for motor vehicles would be much better spent on other transportation projects around Washington, D.C.

17.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on *March 6*, 2012.

Brent Blackwelder
3517 Rodman Street, NW
Washington, D.C.  20008

7