# Exhibit 4

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GALE BLACK, ET AL.,                        )
              Plaintiffs,                  )
                                           )
                                           )       Civil Action No. 11-1928
      v.                                   )       (RBW)
                                           )
RAY LAHOOD, ET AL.,                        )
              Defendants.                  )
                                           )

## DECLARATION OF ANN HUME LOIKOW

Washington, District of Columbia                   )

I, Ann Hume Loikow, hereby declare and state under penalty of perjury the following:

1.      This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer from no legal incapacity. I submit this declaration in support of the motion to intervene filed by Friends of the Earth in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project"). The challenged documents implement the DC Council's decision to construct a multi-use trail facility and remediate the stormwater management problems in Klingle Valley.

2.      I live at 3404 Rodman Street, NW, Washington, D.C., 20008. I have lived at this address since 1979 and have lived in the Washington, D.C. area since 1970 (except for two years when I was living overseas).

3.      I was a career lawyer with the federal government until I retired in 1998.

4.      I have long been a proponent of responsible urban planning and development in the Washington, D.C. area. I served on the National Capital Planning Commission for four

years (1979-1983), and on the Cleveland Park Advisory Neighborhood Commission (ANC 3C) in 1999 and 2000.

5.      I have been a member of Friends of the Earth—a non-profit, membership-based environmental organization—since August 2008.

6.      I have taken multiple opportunities to voice my opposition to the reconstruction of a motor vehicular road in Klingle Valley, including but not limited to:

•      In 2000, I participated in an open house/public meeting on what should happen to the closed portion of Klingle Road. I also submitted written comments on the subject, arguing that Klingle Road could not handle the volume of traffic that would make it a useful cross-town artery, that it would increase traffic near a number of schools and thereby pose a danger to children, and that it would have deleterious effects on the surrounding environment.

•      In 2003, I gave testimony at a public hearing before the D.C. Council on the fate of Klingle Valley, in which I urged that Klingle Road not be rebuilt for motor vehicle traffic for the reasons stated above.

•      In 2008, I contacted members of the D.C. Council to direct them to testimony regarding why Klingle Road should be closed to motor vehicles.

•      Also in 2008, I participated in a roundtable for the D.C. Council's Committee on Public Works and the Environment on the then-proposed reversal of the Council's decision to reopen Klingle Road. I urged that Klingle Valley not be used for a motor vehicle road because of safety threats (to both pedestrians, especially children, and motorists), the inefficiency of the Road as a "shortcut," and the environmental problems with placing a road in such a fragile ecosystem.

2

7.     In addition to my longstanding interest in responsible urban planning, I have a significant personal stake in the outcome of this litigation. My house, where I have lived for over thirty years, is located less than a mile from Klingle Valley. As a result, I have visited this particular part of Rock Creek Park many times.

8.     I enjoy visiting the Park. When my dog was alive, we used to walk through Rock Creek Park regularly, and I still enjoy taking walks and having picnics there. Klingle Valley is a particularly special part of Rock Creek Park. It is an environmentally sensitive and beautiful stream valley. I have often felt disappointed that barricades and the unsafe condition of the road discourage the public from exploring this area. If a biking and pedestrian trail is constructed in Klingle Valley, I would certainly walk on it. It would provide a very convenient and scenic entrance into Rock Creek Park and would thereby significantly improve my ability to use and enjoy the Park.

9.     I believe that Klingle Valley is among the worst possible locations for a modern city street for motor vehicles. The right of way in Klingle Valley is narrow and winding, on a very steep incline (from 395 feet above sea level at the western end to a mere 40 feet where the stream enters Rock Creek on the east). Because of the steepness of the Valley and the narrowness of the right of way, the Road had a number of hairpin turns that made it very hazardous to drive. These features rendered Klingle Road a fairly ineffective "shortcut" across the Park—the Road was too narrow to handle much traffic and the difficulty in safely driving it slowed motorists down. Additionally, much of the Road is in the floodplain of Klingle Creek, which has caused it to suffer damage from flooding in the past. In many places, the streambed is just a few feet from the Road and at a nearly identical elevation. This problem made Klingle Road extremely difficult and costly to maintain. I understand

3

that rebuilding Klingle Road for motor vehicles would cost millions of dollars more than constructing a pedestrian and bicycle trail, in addition to the expenses required to maintain it; I believe this would be a tremendous waste of public funds.

10. Because of the unusual topography, I also believe there would be serious safety concerns if Klingle Road were reopened to vehicular traffic. When I was on the ANC in 2000, we took comments from the public for several hours on the issue of Klingle Valley. One neighbor said her husband, a doctor, stopped using Klingle Road because of how dangerous it was—he had pronounced several people dead who died in auto accidents on the hairpin curves of Klingle Road. As a long-time proponent of responsible urban planning in my neighborhood and city, I am deeply opposed to the prospect of such a road being reopened.

11. There would also be safety concerns for the pedestrians in my neighborhood if Klingle Road were reopened to vehicular traffic. Traffic from the now-closed part of Klingle Road would exit west from the Park onto already congested neighborhood streets and in particular funnel into the often gridlocked intersection of Woodley Road and 34th Street, N.W. In addition to all the existing commuters, that area receives traffic from the more than half a million visitors to the National Cathedral and from the thousands of students and staff at the six schools in the immediate area (John Eaton Elementary School, Beauvoir, St. Albans, National Cathedral School for Girls, Washington International School, and Maret School). As a resident of Cleveland Park, I am very concerned that an increase in traffic would render the area unsafe for pedestrians, including me, my neighbors, our children, and students at all these schools.

4

12.    Furthermore, rebuilding Klingle Road for vehicular traffic would cause serious water quality problems.  The run-off of petroleum, antifreeze, dirt, and sediment from paved streets and roads is a major cause of water pollution in the District.  Because Klingle Creek is a tributary of Rock Creek, the run-off from Klingle Road into Klingle Creek would eventually make its way into Rock Creek (and from there, into the Potomac River), further polluting these waters.  There are already major ongoing water pollution problems in Klingle Creek and Rock Creek stemming from the current deteriorated Klingle Valley stormwater system that cannot be addressed if Klingle Road is reopened to vehicular traffic.  As both an advocate for good urban planning and environmental protection and an area resident who enjoys spending time in Rock Creek Park, I believe these water quality concerns are very serious and affect my ability to enjoy the Park.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 6_, 2012

Ann Hume Loikow
3404 Rodman Street, NW
Washington, D.C. 20008

5