# Exhibit 5

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH,
INC. AND SIERRA CLUB TO INTEVENE
AS DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **GALE BLACK, ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 11-1928** |
| **v.** | ) | **(JEB)** |
| | ) | |
| **RAY LAHOOD, ET AL.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

**DECLARATION OF RANDALL HAYES**

Washington, District of Columbia                    )

I, Randall Hayes, hereby declare and state under penalty of perjury the following:

1.      This declaration is based on my personal knowledge.  I am over the age of eighteen (18) and suffer from no legal incapacity.  I submit this declaration in support of the motion to intervene filed by Friends of the Earth in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project").  The challenged documents implement the DC Council's decision to construct a multi-use trail facility and remediate the stormwater management problems in Klingle Valley.

2.      I live in Northeast Washington, D.C., near Union Station.  I have been visiting Washington, D.C. since 1986 and moved to the city in 2008.

3.      I have a masters degree in environmental planning from San Francisco State University, and I am particularly interested in urban ecology and sustainability.  My thesis was an award-winning film called "The Four Corners," which examined the social, cultural, and environmental impact of energy development in the Southwestern United States.

4.    I founded Rainforest Action Network in 1985 and am currently on the Board of Directors.  The organization focuses on high-visibility corporate accountability campaigns, advocating for the rainforests, and protecting the rights of indigenous peoples.

5.    I also worked in city government, as President to the City of San Francisco Commission on the Environment for five (5) years and Director of Sustainability in the office of Oakland Mayor Jerry Brown for two-and-a-half (2½) years.  Additionally, I worked for four (4) years at the International Forum on Globalization, a think-tank on the global economy based in San Francisco.  In 2005, I helped sponsor the Urban Environmental Accords in San Francisco, which brought together a group of sustainability leaders from cities around the world to set environmental goals.

6.    I have been a member of Friends of the Earth—a non-profit membership-based environmental organization—from 1985-1987, 2004, 2009-2010, and 2012.  Early in my career I rented office space from Friends of the Earth, which is where I founded Rainforest Action Network.

7.    In addition to my longstanding interest in sustainable urban development and environmental protection, I have an additional stake in the outcome of this litigation because I am an avid walker.  I started taking regular walks in the late 1980s and make a practice of having walking meetings, which are exactly what the name implies.  I believe that Rock Creek Park is a truly wonderful urban park, and I enjoy walking in it.  If Klingle Valley had a pedestrian and bicycle trail, I would eagerly walk through this beautiful part of the Park.  I also own a bicycle and enjoy biking when I have the chance.  I would definitely bike through Klingle Valley if a pedestrian and bicycle trail existed.  As a result, my ability to use and enjoy the Park would be significantly improved.

8.      I would also enjoy exploring the geology of Klingle Valley.  I lived in the American Southwest among the Hopi Indians for about ten (10) years, where I became very interested in geology.  Klingle Creek cuts through multiple geological zones, exposing rock layers that are not easily found elsewhere.  If a bicycle and pedestrian trail were built in Klingle Valley, I would be able to spend time examining the unique geology of the Valley.  My ability to use and enjoy the Park would thereby be significantly improved.

9.      As a resident of Washington, D.C., and someone knowledgeable about the dangers posed by stormwater pollution, I am very concerned about the water quality problems that would occur if Klingle Road were rebuilt for motor vehicle traffic.  Stormwater pollution is a major issue in urban areas.  I understand that rebuilding Klingle Road for motor vehicle traffic would negatively impact much-needed stormwater treatment options for Klingle Valley.  I also understand that the Project, in contrast, includes measures to repair the stormwater treatment structures and remove much of the debris that has accumulated in the Valley—including eroded roadway pavement, concrete barriers, and broken stormwater drainage infrastructure.  These improvements would have very positive environmental effects.  Because Klingle Creek is a tributary to Rock Creek, if pollution make its way into Klingle Creek, that pollution would wind up in Rock Creek and ultimately the Potomac River.  I believe that these water quality issues are substantial, and they would diminish my ability to use and enjoy Rock Creek Park.

10.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2012

*Randall Hayes*

Randall Hayes
510 G Street NE
Washington, DC 20002

3