# Exhibit 6

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GALE BLACK, ET AL.,                    )
    Plaintiffs,                    )
                                              )
                                             )    **Civil Action No. 11-1928**
    v.                    )    **(RBW)**
                                             )
RAY LAHOOD, ET AL.,                    )
    Defendants.                    )
                                             )

## DECLARATION OF ELAINE ZUCKERMAN

Washington, District of Columbia                    )

I, Elaine Zuckerman, hereby declare and state under penalty of perjury the following:

1.     This declaration is based on my personal knowledge. I am over the age of eighteen (18) and suffer from no legal incapacity. I submit this declaration in support of the motion to intervene filed by Friends of the Earth in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project"). The challenged documents implement the DC Council's decision to construct a multi-use trail facility and remediate the stormwater management problems in Klingle Valley.

2.     I live at 1443 S Street, Unit 2, Washington, D.C. 20009. I have lived on S Street since moving to Washington, D.C. over thirty (30) years ago.

3.     I studied at McGill University as an undergraduate, followed by the University of Toronto for my master's degree. I did my doctoral work in economics in Beijing in the 1970s. Also I completed an MBA at Georgetown University.

4.     I joined the World Bank and moved to Washington, D.C. after China became a borrowing member in 1980, and worked there as an economist on China.

5.      Later, I worked in the World Bank's gender unit where I had an opportunity to analyze Bank investments around the world across sectors.  I was struck by the paucity of Bank operations that try to empower women despite Bank rhetoric and studies expressing the urgency to do so in order to reduce poverty.

6.      In the 1990s at the Inter-American Development Bank, I designed a strategy for the Amazon that prohibited future investments in roads and ranching that damaged indigenous groups and the environment, and instead promoted health, water, education and renewable resources.

7.      Through these efforts, I came to realize that citizen groups, like Friends of the Earth, were designing far more innovative, dynamic, and responsive solutions to development problems than large government institutions like the World Bank.  For this reason, I founded Gender Action.

8.      I am currently the President of Gender Action.  Gender Action's mission is to promote women's rights and gender equality and ensure women and men equally participate in and benefit from international financial institution investments in developing countries.  We have worked closely with Friends of the Earth to achieve common goals.  For example, Gender Action and Friends of the Earth member groups in Cameroon, Nigeria, Togo and Ghana exposed the harmful effects of oil and gas pipelines on African women.

9.      I have been a member of Friends of the Earth—a non-profit, membership-based environmental organization—May 1996-1997, 2001, 2002, and 2004 to the present.

10.     I have a significant personal stake in this litigation.  My home is located less than two (2) miles from Klingle Valley and I enjoy spending time in Rock Creek Park.

2

11.     All my life, I have been an avid bike rider. I often commute to work on my bicycle, and I also enjoy biking recreationally. One loop that I like to bike takes me around the District and through significant portions of Rock Creek Park. I am familiar with Klingle Valley; from where I live, it is a very easy part of the Park to reach on a bicycle. If a bicycle and pedestrian trail were constructed in the Valley, I would definitely use it for bike riding since it is a very scenic part of the Park. I therefore believe a bike trail would improve my ability to use and enjoy Rock Creek Park.

12.     I am also concerned about the water quality problems that a motor vehicle road through Klingle Valley would cause. I understand that serious repairs need to be made to the existing stormwater management system, which would not be done if Klingle Road were rebuilt for motor vehicles. I believe that the threat of water pollution from a deteriorated stormwater system is a serious issue, and one that has impacts beyond the immediate Klingle Valley area. Pollution in Klingle Creek will feed into Rock Creek, to the detriment of all of Rock Creek Park. For this reason, I believe that a paved road for motor vehicles in Klingle Valley would diminish my ability to use and enjoy Rock Creek Park.

13.     I declare under penalty of perjury that the foregoing is true and correct.


Executed on _March 2_, 2012

Elaine Zuckerman
1443 S Street, Unit 2
Washington, D.C. 20009

DC1 2377148v.1