# Exhibit 7

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **GALE BLACK, ET AL.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 11-1928** |
| **v.** | ) | **(JEB)** |
| | ) | |
| **RAY LAHOOD, ET AL.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

**DECLARATION OF ERICH PICA**

Washington, District of Columbia                )

I, Erich Pica, hereby declare and state under penalty of perjury the following:

1.      This declaration is based on my personal knowledge.  I am over the age of eighteen years and suffer from no legal incapacity.  I submit this declaration in support of the motion to intervene filed by Friends of the Earth in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project").  The challenged documents implement the DC Council's decision to construct a multi-use trail facility and remediate the stormwater management problems in Klingle Valley.

2.      I am the President of Friends of the Earth, a national, nonprofit membership-supported corporation organized and existing under the laws of the District of Columbia.  I have been the President of Friends of the Earth for over two years.  I am also a member of Friends of the Earth.  Friends of the Earth was founded in 1969; its headquarters are in the District of Columbia; and it has an office in San Francisco, California.  In my capacity at Friends of the Earth, I am familiar with the organization's mission, which is to defend the environment and create a healthier and more just world.  Friends of the Earth is a part of Friends of the Earth

International, a federation of grassroots groups working in seventy-six countries on today's most urgent environmental and social issues. Friends of the Earth International is the world's largest grassroots environmental federation.

3.       Friends of the Earth promotes sustainable use of our planet's resources, with the idea that all people can lead healthy, fulfilling lives, and breathe clean air, drink clean water and enjoy a stable climate. As part of that commitment, Friends of the Earth convened the DC Environmental Network to address sustainability problems in the Washington, D.C. area on a local level and rebuild the District's neighborhoods for long-term economic stability by protecting and restoring the urban environment. Among other projects, the network successfully opposed the Barney Circle Interstate Highway project. Improving water quality and preserving local wildlife and green space for local communities are an integral part of our mission.

4.       I understand the instant litigation seeks to challenge the Project in an attempt to stop the construction of a bicycle and pedestrian trail, which is contrary to the Plaintiffs' goal of reopening Klingle Valley to vehicular traffic.

5.       Reopening Klingle Valley to vehicular traffic would have a serious negative impact on the surrounding ecosystem. The now-closed Klingle Road lies in close proximity to Klingle Creek, crossing the Creek in three locations. As a result of this proximity, road-related pollutants would run into the Creek, and ultimately make their way into Rock Creek and the Potomac River. I am also aware that rebuilding the Road for vehicular traffic would impede much-needed stormwater treatment options for the Valley. A bicycle and pedestrian trail, on the other hand, would allow the District to repair the stormwater system, install a permeable surface rather than an impermeable road so as to reduce pollutant discharge to the Creeks, as well as enhance public access to the park and increase recreational opportunities.

6.      I understand that Klingle Road would add little, if any, value to the surrounding areas as a street for motor vehicles.  I am aware of a traffic study (part of which is attached as Exhibit 9 to the Memorandum in Support of the Motion to Intervene), which concluded that reopening Klingle Road would lead to a significant traffic volume increase at an already congested intersection in the neighborhood of Cleveland Park.  I am also aware of DDOT's conclusion that rebuilding Klingle Road for vehicular use would cost the District an exorbitant amount of money better spent on other road projects.  I am aware that Klingle Road would have extremely high maintenance costs due to its steep slope and tendency to flood, and that it is not considered an important roadway by the Fire and Emergency Medical Services Department because it is so dangerous to drive on.

7.      Reopening Klingle Road to vehicular traffic would frustrate the mission of Friends of the Earth to ensure that public green spaces and wildlife are protected and water pollution minimized.  On the other hand, building a bicycle and pedestrian trail would further our mission of ensuring that everyone is able to experience the planet's natural resources.  Hence, this litigation is an integral part of the organization's advocacy and consistent with its goals of protecting the environment, as well as the public health and welfare.

8.      As President of Friends of the Earth, I am familiar with Friends of the Earth's membership efforts and the process of collecting and updating data on Friends of the Earth's members.  I am familiar with Friends of the Earth's efforts to educate and inform our members and activists.  I can therefore say that Friends of the Earth's members are aware of the threats caused by stormwater mismanagement and water pollution, as well as the benefits of public green spaces in urban areas.  Friends of the Earth expends resources to educate the public on

precisely these issues.  Our members also rely on the organization to represent their interests by participating in rulemaking, legislative processes, and litigation.

9.  Friends of the Earth has more than 10,000 members in the United States, including at least 122 members residing in the metropolitan Washington, D.C. area.  Friends of the Earth members are affected by the water quality issues of Rock Creek, which is a tributary of the Potomac River.  Further, many members from all over the Washington, D.C. area recreate in Rock Creek Park, and many would gladly use a bicycle and pedestrian trail through Klingle Valley if the trail were constructed.

10.  Friends of the Earth and its members therefore understand and have a vital interest in ensuring that effect is given to the DC Council's mandate to construct a bicycle and pedestrian trail through Klingle Valley and its decision not to reopen Klingle Road to vehicular traffic.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 2, 2012.

_____
Erich Pica
1100 15th Street NW
11th Floor
Washington, DC 20005