# Exhibit 8

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**GALE BLACK, ET AL.,**                                  )
                  **Plaintiffs,**                        )
                                                         )
                                                         )     **Civil Action No. 11-1928**
          **v.**                                         )     **(RBW)**
                                                         )
**RAY LAHOOD, ET AL.,**                                  )
                  **Defendants.**                        )
_____                )

## DECLARATION OF BROCK EVANS

Washington, District of Columbia                         )

I, Brock Evans, hereby declare and state under penalty of perjury the following:

1.      This declaration is based on my personal knowledge.  I am over the age of eighteen (18) and suffer from no legal incapacity.  I submit this declaration in support of the motion to intervene filed by Friends of the Earth in the civil action filed by Gale Black and others challenging the Environmental Assessment and Finding of No Significant Impact issued for the Klingle Valley Trail Project (the "Project").  The challenged documents implement the DC Council's decision to construct a multi-use trail facility and remediate the stormwater management problems in Klingle Valley.

2.      I live at 5449 33rd Street, NW, Washington, D.C. 20015.  I have lived in Washington, D.C. since 1973.

3.      I graduated *cum laude* from Princeton with a bachelor's in history, and subsequently graduated from the University of Michigan Law School.

4.      While in law school, I spent my first summer working in Glacier National Park.  I was so stunned by the beauty of the natural landscape that I returned the next summer and decided to begin my practice of law out West.

5. I began my career with a law firm in Seattle, WA, and spent much of my free time hiking and backpacking in the parks and mountains around the city. I was alarmed by the environmental degradation that I witnessed, and began volunteering with several conservation groups.

6. Because of my extensive volunteer work with Sierra Club, I was invited to take the position of Northwest Representative for the organization—a position I held for six years.

7. In 1973, I became head lobbyist for the Sierra Club and moved to Washington, D.C. In 1981, I became a lobbyist for the National Audubon Society and continued until 1996, with a one-year gap during which I ran for Congress. Throughout my career as a lobbyist, I testified over 100 times before nearly two dozen United States Congressional committees and subcommittees on environmental issues.

8. In 1997, I became executive director of the Endangered Species Coalition. I retired in 2006.

9. I have taught classes and spoken on the theme of environmental conservation. In 1990, I was a Visiting Fellow at Harvard University's Kennedy School of Government, where I taught a course on the "Politics of the Environment." I also taught courses on international environmental law at the Arava Institute for Environmental Studies in Israel, and have given around 600-700 speeches over the course of my career.

10. I have been a member of Friends of the Earth—a non-profit membership-based environmental organization—on-and-off since roughly 1970, although membership records only go back until 1978 (I was a member from 1978-1979; 1981-1983; 1985-1989; 1993-2001; 2003-2010; 2012). I have been a member of the Sierra Club since 1964, and am now a lifetime member. I am also on the board of the local Sierra Club chapter.

11.    I have a significant personal stake in this litigation.  My home is located less than three (3) miles from Klingle Valley and I enjoy spending time in Rock Creek Park.

12.    Since moving to Washington, D.C., I have spent a significant amount of time walking in Rock Creek Park.  I lead Sierra Club hikes through the Park, and I enjoy walking on Beach Drive, near my home, when it is closed to motor vehicle traffic on the weekends.

13.    I am very familiar with Klingle Valley.  Before it was closed to traffic, I occasionally drove on the road.  At the time, I was very perplexed as to why a road for motor vehicles had been placed in such a steep and winding valley.  The road was dangerous and prone to environmental hazards like wash-outs.  It would be the last place someone should want to build a motor vehicle road.  In fact, I testified at a hearing against rebuilding the Road for motor vehicles.

14.    I believe Klingle Valley is a very beautiful part of Rock Creek Park.  I have hiked around the area and often felt disappointed that the Valley is not open to pedestrians for hiking.  I understand that the Project proposes to construct a pedestrian and bicycle trail through Klingle Valley.  If such a trail were built, I would definitely hike on it.  I therefore believe a pedestrian and bicycle trail would improve my ability to use and enjoy Rock Creek Park.

15.    I am also very concerned about the stormwater issues in Klingle Valley.  I understand that the existing stormwater management system is in total disrepair, and that much-needed improvements may not be done if Klingle Road were rebuilt for motor vehicles.  I also understand that repairing the stormwater system is a major part of the Project.  Without a good stormwater system, Klingle Creek—which runs through the Valley next to the old Klingle Road—will be very susceptible to pollution from motor vehicles.  Because Klingle Creek is a tributary to Rock Creek, the effects of that pollution will be felt in Rock Creek also.  For these

3

reasons, I believe that a paved road for motor vehicles in Klingle Valley would diminish my ability to use and enjoy Rock Creek Park.

16.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on _March 3_, 2012


Brock Evans
5449 33rd Street, NW
Washington, D.C. 20015

4