# Exhibit 9

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

# Appendix D:

# Klingle Road EIS Traffic Impact Study

# TABLE OF CONTENTS

**D.1 INTRODUCTION** ........................................................................................................................ 1

**D.2 METHODOLOGY** ....................................................................................................................... 1

**D.3 PROJECT DESCRIPTION** ........................................................................................................... 3

**D.4 EXISTING CONDITIONS** ............................................................................................................ 4

D.4.1   Data Collection and Field Observation ............................................................................ 12

    *Traffic Volumes* .............................................................................................................. *12*

D.4.2   Safety/Accident Analysis ............................................................................................... 17

D.4.3   Travel Speed Study ........................................................................................................ 18

D.4.4   Public Transportation System ........................................................................................ 20

    *WMATA Metrorail* .......................................................................................................... *20*

    *WMATA Metrobus Lines* .................................................................................................. *20*

    *Crosstown Line (Routes H2, 3, and 4)* ............................................................................ *20*

    *Mount Pleasant-Adams Morgan Line (Routes H5 and 7)* ................................................ *20*

    *Connecticut Avenue Line (Routes L1, 2, and 4)* .............................................................. *21*

    *U-Street-Garfield Line (Routes 90, 92 and 93)* .............................................................. *21*

    *Benning Road Lines (Route X3)* ..................................................................................... *21*

**D.5 EXISTING CONDITION ANALYSIS** ............................................................................................ 21

**D.6 HOUSEHOLD TRAVEL SURVEY** ............................................................................................... 22

D.6.1   Survey Sample Design ................................................................................................... 22

D.6.2   Advance Letter and Recruitment of Household .............................................................. 23

D.6.3   Mailing of Survey Packet ............................................................................................... 24

D.6.4   Reminder Call and Retrieval of Travel Data .................................................................. 24

D.6.5   Household Travel Survey Results ................................................................................... 25

D.6.6   Origin and Destination Travel Pattern Characteristics ................................................... 26

**D.7 TRAVEL DEMAND FORECAST** ................................................................................................. 27

D.7.1   Travel Demand Forecast Methodology ........................................................................... 27

    *Data* ............................................................................................................................... *27*

    *Modeling Procedures* ...................................................................................................... *28*

D.7.2   Travel Demand Forecast Refinement ............................................................................. 28

D.7.3   Klingle Road Estimated Traffic Volume by Scenario ..................................................... 29

D.7.4   Traffic Estimates on Other Roadways ............................................................................ 29

**D.8 IMMEDIATE TRAFFIC IMPACT OF REOPENING KLINGLE ROAD IN 2007** ....................................... 30

**D.9 FUTURE CONDITION ANALYSIS** .............................................................................................. 36

D.10    CONCLUSIONS ........................................................................................................... 43

REFERENCES ....................................................................................................................... 44

LIST OF FIGURES

Figure D-1:  Methodology ......................................................................................................... 2

Figure D-2:  Key Intersections .................................................................................................. 5

Figure D-3:  Lane Configuration ............................................................................................. 14

Figure D-4:  Weekday AM and PM Peak Hour Traffic Counts ............................................... 15

Figure D-5:  Saturday Mid-Day Peak Hour Traffic Counts ..................................................... 16

Figure D-6:  West to East Trip Flow from Households in Western Sample Area ..................... 26

Figure D-7:  East to West Trip Flow from Households in Eastern Sample Area ...................... 27

LIST OF TABLES

Table D-1: Relation Between EIS Alternatives and Traffic Impact Scenarios ........................... 1

Table D-2: Accident Summary ................................................................................................. 17

Table D-3: Average Travel Speed Recorded – Floating Car Survey at Selected Segments ...... 18

Table D-4: Existing Weekday Peak Hours and Saturday Mid-day Intersection Levels of Service ........... 23

Table D-5: Household Recruitment Effort .............................................................................. 24

Table D-6: Household Travel Survey Completion ................................................................... 25

Table D-7: Household Travel Survey Key Summary ............................................................... 25

Table D-8: Estimated Average Daily Traffic of Klingle Road ................................................ 29

Table D-9: Directional Split .................................................................................................... 29

Table D-10: 2007 Delay Time (seconds per vehicle) Comparison between No Build and Build Scenarios ........................................................................................................... 31

Table D-11: No Build Scenario in 2007 .................................................................................. 32

Table D-12: One-Lane Westbound Only Scenario in 2007 ..................................................... 33

Table D-13: One-Lane Eastbound Scenario in 2007 ............................................................... 34

Table D-14: Two-Way, Two Lane Road Scenario in 2007 ...................................................... 35

Table D-15: 2027 Delay Time (seconds per vehicle) Comparison between No Build and Build Scenarios .................................................................................................................................... 37

Table D-16: No Build Scenario in 2027 ............................................................................. 38

Table D-17: One-Lane Westbound Only Scenario in 2027 ................................................. 39

Table D-18: One-Lane Eastbound Scenario in 2027 .......................................................... 40

Table D-19: Two-Way, Two Lane Road Scenario in 2027 ................................................. 41

## LIST OF APPENDICES

Appendix D-1A  Weekday Peak Hour Turning Movement Counts

Appendix D-1B Saturday Mid-Day Turning Movement Counts

Appendix D-2 Accident Data

Appendix D-3 Floating Car Survey

Appendix D-4 Definition of Level of Service

Appendix D-5 Existing Intersection Capacity Analysis

Appendix D-6 Household Travel Survey

Appendix D-7 Travel Demand Model Results

Appendix D-8 Future Year Intersection Capacity Analysis (For 2007 and 2027)

[BLANK – BACK OF TABLE OF CONTENTS]

## D.1  INTRODUCTION

The District of Columbia, Department of Transportation (DDOT), as part of the Klingle Road EIS, investigated traffic impacts of reopening the closed section of Klingle Road between Cortland Place and Porter Street in the Northwest portion of Washington, D.C. A Klingle Road EIS traffic impact analysis was conducted to evaluate traffic operations in the study area for all considered alternatives. Existing conditions were analyzed at key locations within the study area; from this analysis future conditions were forecasted. The Study Team (the team of consultants) analyzed traffic operational conditions for future years 2007 ("immediate") and 2027 ("long-term") to assess the traffic impact of reopening Klingle Road. These analyses were for a no build and three build condition scenarios. The traffic scenarios are associated with the EIS alternatives, but are not identical as they are for different purposes. Klingle Road EIS alternatives and scenarios are compared and summarized in Table D-1.

### TABLE D-1: RELATION BETWEEN EIS ALTERNATIVES AND TRAFFIC IMPACT SCENARIOS

| Actions | EIS Alternative (for 2007 and 2027) | Traffic Impact Scenario (2007 and 2027) |
|---|---|---|
| No Build | Alternative A – No Build | Scenario 1 |
| Rebuild Klingle Road one-way westbound | Alternative B1– without recreation path; Alternative B2 – with recreation path | Scenario 2 – One lane road westbound |
| Rebuild Klingle Road one-way eastbound | Dropped from consideration | Scenario 3 – One lane road eastbound |
| Reconstruct Klingle Road to its original alignment width | Alternative C – Original Alignment | Scenario 4 – Two lane road* |
| Rebuild Klingle Road to two lane roadway with shoulders | Alternative D1 – without recreation path; Alternative D2 – with recreation path | Scenario 4 – Two lane road* |

\* It is assumed that the presence or absence of a shoulder will make no difference in traffic volumes. Similarly, it is assumed that the presence or absence of a recreation path will make no difference in traffic volumes.

The Study Team carried out an extensive data collection effort in May and June of 2004. The objective of the data collection was to understand existing conditions and to forecast traffic using the most recent data in the Klingle Road EIS study area. This effort was also supplemented through field observations and evaluations during weekday peak hours and mid-day Saturday hours.

## D.2  METHODOLOGY

The traffic impact analysis has three main elements: (1) traffic estimates and forecasts, (2) a household travel survey, and (3) an intersection traffic condition analysis. The "immediate reopening" of Klingle Road is based on an estimate of 2007 as the earliest possible date for reopening. The long-term impact is examined for the year 2027. A flow chart of the methodology is shown in Figure D-1.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

*1*

## FIGURE D-1: METHODOLOGY

**Existing Level of Service & 2007 and 2027 Levels of Service with and without Klingle Road**

Conduct Household Travel Survey

Obtain Recent MWCOG Database and Model

Conduct 2004 Traffic and Turning Movement Counts

Analyze Household Travel Survey Results

Adjust Network and Database (as needed)

Calculate 2004 Level of Service

Adjust 2004 traffic counts with growth rates from previous step to calculate 2007 and 2027 forecasted traffic volume at the 12 intersections

Run Travel Demand Model for 2005 and 2025

Scenario #1: Without Klingle Road

Scenario #2: With Klingle Road, One-Lane Road, Westbound

Calculate 2007 and 2027 Levels of Service with and without Klingle Road

Calculate growth rate between 2005 estimates and 2025 forecast with and without Klingle Road

Scenario #3: With Klingle Road, One-Lane Road, Eastbound

Scenario #4: With Klingle Road, Two-Lane Road

The Study Team developed the forecast of travel demand on Klingle Road using the Metropolitan Washington Council of Governments (MWCOG) regional model, Version 2.1/TP+, Release C with Round 6.3 socioeconomic forecast database. Forecast years used in the MWCOG database are in five-year increments such as 2005, 2015, 2020 and 2025. In order to calculate the immediate (2007) and long-term (2027) traffic impact of reopening Klingle Road, the Study Team ran the travel demand forecast for forecast years 2005 and 2025. Average growth rates between 2005 and 2025 were calculated and applied to estimate 2007 and 2027 traffic volumes.

A household travel survey was conducted and the results were used to identify local travel patterns in the study area. These were used to assist in the travel demand forecast process. More details about the household travel survey are provided in Section D.6.

For the 12 key intersections (described in Section D.4), traffic conditions were analyzed for 2004 (existing) and for forecast years 2007 and 2027. The analysis was conducted for the scenarios described in Table D-1, related to the alternatives examined for the Klingle Road EIS.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

2

## D.3  PROJECT DESCRIPTION

Klingle Road is located in northwest Washington D.C. and runs west to northeast from the Washington National Cathedral to Beach Drive in Rock Creek Park without direct access to Connecticut Avenue (see Study Area Map in Chapter 1, Figure 1-2). Klingle Road is listed as a federal-aid collector road providing both land access and traffic circulation within residential neighborhoods and commercial areas. The segment of Klingle Road between Porter Street NW and Cortland Place NW (approximate designations) through Klingle Valley Park was closed to traffic in 1990 due to deterioration of the roadway related to drainage failure. While the Council of the District of Columbia never officially closed this segment of Klingle Road through an administrative action, this portion of the road remains closed to traffic.

When Klingle Road was open in 1988, the traffic volume was approximately 3,200 vehicles per day according to the *Traffic Impact of Closing Klingle Road on Porter Street* study conducted by the District Department of Transportation in 1995 (DCDPW 1995). Both morning and afternoon peak hour traffic demonstrated a marked directional flow: east to west in the morning peak hours (67% versus 33%) and west to east in the afternoon peak hours (59% versus 41%).

The roadway network surrounding Klingle Road has undergone minor changes since the closure of Klingle Road. The Klingle Road/Porter Street interchange was renovated as part of a bridge reconstruction project several years ago. A traffic signal was installed on Porter Street between 34th Street and Connecticut Avenue as a federally aided pilot test for traffic calming. The DDOT also carried out signal improvements at all the signalized intersections throughout the Klingle Road EIS study area in late 2003 and early 2004.

## D.4   EXISTING CONDITIONS

As part of the Klingle Road EIS, the Study Team conducted a detailed traffic impact study for the reopening of the closed portion of Klingle Road. The Study Team carried out an extensive data collection effort in May and June of 2004 for the quantitative assessment of existing traffic conditions for the Klingle Road EIS study area. This effort was also supplemented through field observations and evaluations during weekday peak hours and mid-day Saturday hours. A total of 12 key intersections that may experience immediate impact from reopening the closed section of the Klingle Road were analyzed in detail. The following is the list of the 12 key intersections:

1. Intersection of Connecticut Avenue and Porter Street

2. Intersection of Porter Street and Quebec Street

3. Intersection of Adams Mill Road and Klingle Road

4. Intersection of Porter Street and 34th Street

5. Intersection of 34th Street and Woodley Road

6. Intersection of Woodley Road and 32nd Street

7. Intersection of Woodley Road and Klingle Road

8. Intersection of Woodley Road and Cathedral Avenue

9. Intersection of Cleveland Avenue, Garfield Street and 32nd Street

10. Intersection of Beach Drive and Porter Street

11. Intersection of Adams Mill Road, Kenyon Street and Irvin Street

12. Intersection of Park Road, Klingle Road and Walbridge Place

Figure D-2 shows the key 12 intersections analyzed for the Klingle Road EIS traffic impact study.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

FIGURE D-2: KEY INTERSECTIONS



Source: DC Office of Chief Technology Officer (OCTO) 2000

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

The following section also provides a brief physical description of the 12 key intersections analyzed as a part of the traffic impact study.

### Intersection 1: Intersection of Connecticut Avenue and Porter Street





Porter Street facing intersection from east  Porter Street facing intersection from west

The intersection of Connecticut Avenue and Porter Street is a four-legged intersection, controlled by a traffic signal. Connecticut Avenue is a six-lane street with a reversible center lane during the morning and evening peak periods of traffic operations. During the morning peak period (from 7:30 AM to 9:00 AM), Connecticut Avenue provides four travel lanes for southbound traffic and two travel lanes for northbound. During the afternoon peak (from 4:00 PM to 6:30 PM), Connecticut Avenue provides four travel lanes for northbound traffic and two travel lanes for southbound. At other time of the day, on-street parking is permitted, thereby limiting the road to two travel lanes in each direction. Left-turns and right-turn on red are prohibited at Northbound Connecticut Avenue. Parking is also prohibited during morning and afternoon peak hours. The posted speed limit on Connecticut Avenue is 30 mph.

The eastbound Porter Street approach has one shared travel lane (left-turn, through, and right-turn movements). The westbound approach of Porter Street is composed of a left turn lane, a through lane, and a dedicated right turn lane. The posted speed limit is 25 mph.

### Intersection 2: Intersection of Porter Street and Quebec Street





Quebec Street facing intersection from northeast  Porter Street facing intersection from southeast

The intersection of Porter Street and Quebec Street is a three-legged intersection, controlled by a traffic signal. The eastbound Porter Street approach has one shared through and right-turn lane and one designated left-turn lane. The westbound approach of Porter Street is composed of one through lane, one shared through and left lane and one shared through and right lane (which is also a bus stop). Quebec Street, extending southwestward, has one designated right-turn lane directly accessing Northbound Connecticut Avenue and one shared right, left, and through lane, with the through movement providing access to a gas station. The fourth approach from the gas station at the intersection is a shared left and right lane, which is not controlled by signal. This intersection is extremely close to the intersection of Connecticut Avenue and Porter Street. Operations at both locations affect each other.

A Washington Metropolitan Area Transit Authority (WMATA) bus stop is located at the westbound Porter Street. Parking is allowed west of the intersection without any time restrictions. The posted speed limit on Porter Street eastbound from the intersection increases from 25 mph to 30 mph.

## Intersection 3: Intersection of Adams Mill Road and Klingle Road



Adams Mill Road facing
intersection from southeast



Klingle Road facing intersection
from northeast

The intersection of Adams Mill Road and Klingle Road is a three-legged intersection, controlled by a traffic signal. The eastbound Klingle Road approach has one left-turn lane and one right-turn lane controlled by separate signal phases. The westbound approach of Klingle Road is composed of one left-turn/through/right-turn lane. The northbound Adams Mill Road approach has one designated left-turn lane and one shared left-turn and right-turn lane. Right-turns on red from Adams Mill Road and Klingle Road are prohibited. At the intersection, the posted speed limit is reduced from 30 mph to 25 mph.

**Intersection 4: Intersection of Porter Street and 34th Street**



Porter Street facing intersection
from east



34th Street facing intersection from
north

The intersection of Porter Street and 34th Street is a four-legged signalized intersection. The Porter Street eastbound approach has one shared left/through/right lane and the westbound approach has two shared lanes, left/through and through/right. Northbound 34th Street has one shared lane (through and right) and one designated left-turn lane. The southbound approach also has one through lane and a designated left-turn lane. Left turns are prohibited from 7:00 AM to 9:30 AM. A WMATA bus stop is located at the westbound Porter Street.

**Intersection 5: Intersection of 34th Street and Woodley Road**



34th Street facing intersection from
north



Woodley Road facing intersection
from east

The intersection of 34th Street and Woodley Road is a four-leg signalized intersection. Woodley Road has one shared lane (left/through/right) in each direction. Northbound and southbound approaches at 34th Street have one left-turn lane and one shared through/right lane. Southbound left-turn movements are prohibited from 7:30 AM to 9:00 AM and again from 4:00 PM to 6:30 PM.

### Intersection 6: Intersection of 32nd Street and Woodley Road



Woodley Road facing intersection from northwest

At the intersection of 32nd Street and Woodley Road, 32nd Street is controlled by a stop sign. Northbound 32nd Street extends in a north-south direction and terminates at Woodley Road. Woodley Road, posted for a speed limit of 25 mph operates with one lane in each direction.

### Intersection 7: Intersection of Klingle Road and Woodley Road



Klingle Road facing intersection
from east



Woodley Road facing intersection
from northwest

At the intersection of Klingle Road and Woodley Road, Klingle Road is controlled by a stop sign. Westbound Klingle Road extends in an east-west direction from the existing closed section of Klingle Road and stops at Woodley Road. Woodley Road, posted for a speed limit of 25 mph, operates with one lane in each direction.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

9

## Intersection 8: Intersection of Woodley Road and Cathedral Avenue



Woodley Road facing intersection
from north



Cathedral Avenue facing
intersection from west

The intersection of Woodley Road and Cathedral Avenue is an all-way stop sign controlled
intersection with one lane on each approach. Southbound Woodley Road terminates at Cathedral
Avenue, but an access road from Maret School meets northbound Woodley Road. The WMATA
bus stop is located at westbound Cathedral Avenue.

## Intersection 9: Intersection of Cleveland Avenue, Garfield Street and 32nd Street



32nd Street facing intersection
from north



Cleveland Avenue facing
intersection from northwest

The intersection of Cleveland Avenue, Garfield Street and 32nd Street is a six-legged intersection
controlled by a traffic signal. Cleveland Avenue is a divided street with two lanes in each
direction to the southeast of the intersection, and one lane in each direction to the northwest of
the intersection. On the northwest approach, Cleveland Avenue has a dedicated left lane, a
shared through and a right turn lane. Cleveland Avenue southeast approach has one shared
left/through/right lane. Garfield Street extends east and west. The eastbound approach of
Garfield Street has one shared left/through/right travel lane in each direction. The westbound
approach via Garfield Street is one way. 32nd Street runs north-south with one lane in each
direction. The posted speed limit at all streets is 25 mph.

**Intersection 10: Intersection of Beach Drive and Porter Street**



Porter Street facing intersection
from west

The intersection of Beach Drive and Porter Street is a T-intersection located in Rock Creek Park with a stop sign for the Porter Street approach. Porter Street, which extends from the closed portion of Klingle Road via the Porter Street interchange ramp, has one lane in each direction. Beach Drive has two lanes in each direction with a designated left-turn for northbound traffic and a right-turn lane for southbound traffic at the intersection. A median on Beach Drive permits one vehicle at a time crossing from Porter Street to Beach Drive northbound to cross the southbound lane and wait for entry into northbound traffic.

**Intersection 11: Intersection of Adams Mill Road and Kenyon Street and Irving Street**





Adams Mill Road facing
intersection from northwest

Adams Mill Road facing
intersection from southeast

The intersection of Adams Mill Road and Kenyon Street and Irving Street is a four-legged intersection controlled by a traffic signal. The eastbound approach via Irving Street is one way connecting to 16th Street, a major north-south roadway. Westbound Kenyon Street only permits a right turn at the intersection; however, some drivers are making u-turns due to a wide lane width. Right turn on red is not allowed from northwestbound Adams Mill Road or from Kenyon Street. The posted speed limits are 25 mph.

**Intersection 12: Intersection of Park Road and Klingle Road and Walbridge Place**



Park Road facing intersection
from southeast



Klingle Road facing northeast

The intersection of Park Road and Klingle Road and Walbridge Place is a four-legged intersection, controlled by a traffic signal. This intersection is unique because of its Y-shape roadway alignment. Park Road links to 16th Street (via a one-way roadway from 16th to Mt. Pleasant Street) and also provides access to Beach Drive. Eastbound Klingle Road terminates at this intersection. Right-turn on red is prohibited from Klingle Road and westbound Park Road. A WMATA bus stop is located at the Klingle Road approach. The posted speed limit for all roadways is 25 mph.

### D.4.1   Data Collection and Field Observation

The data collection and analyses were undertaken in accordance with traffic engineering principles and procedures established by the Institute of Transportation Engineers and the Federal Highway Administration. In order to collect representative data and field observations, data was collected on a "typical" weekday (for example, mid-week, sunny day) and Saturdays that were not impacted by national and local holidays, or by unfavorable weather, or other factors such as traffic accidents. The data collection efforts and field observations gathered information for:

- Traffic volumes (typical weekday peak-hour and weekend turning movement counts)
- Safety
- Travel time

**Traffic Volumes**

Turning movement counts were conducted at the 12 key intersections. Figure D-3 shows the lane configuration at these intersections. The counts were collected during the morning (6:30 AM to 9:30 AM) and afternoon (3:30 PM to 6:30 PM) peak-periods, on a typical weekday (Tuesday, Wednesday, or Thursday) during May and June 2004[1]. The weekend counts were collected from 2:00 PM to 4:00 PM on Saturdays[2]. Peak hour directional traffic movement is primarily southward

---

[1] Data validation for the Beach Drive and Porter Street intersection was conducted in August and September, 2004.
[2] The Saturday traffic peak periods were determined by using mechanical counts collected by DMJM+Harris for the Connecticut Avenue Transportation Study, 2003 for the intersection of Connecticut Avenue and Tilden Street. These peak periods occurred from 1:00 PM to 4:00 PM.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

*12*

and eastward in the morning and the reverse in the afternoon (see Figures D-4 and D-5). The counts shown represent the single peak hour of the three hours evaluated. Detailed turning movement counts for weekday and Saturday mid-day peak hours are available in Appendix D-1A and D-1B.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

13



Case 1:11-cv-01928-JEB   Document 14-12   Filed 03/06/12   Page 20 of 50

Legend

Signalized Intersection

Intersection with Stop Control

Lane Usage

N
SCHEMATIC
NOT TO SCALE

*14*

## FIGURE D-4: WEEKDAY AM AND PM PEAK HOUR TRAFFIC COUNTS



Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

15

## FIGURE D-5: SATURDAY MID-DAY PEAK HOUR TRAFFIC COUNTS



Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

## D.4.2    Safety/Accident Analysis

An assessment of safety conditions in the study area is another important component for understanding existing road conditions. The Study Team obtained accident data from the DDOT for the years 2000 through 2002. DDOT had accident data available for the 12 intersections examined in the study area.

As summarized in Table D-2, only one intersection, Connecticut Avenue and Porter Street (listed in bold), had more than 20 accidents during 2000-2002. Its adjacent intersection at Porter and Quebec Streets had next highest number of accidents, nine.

### TABLE D-2: ACCIDENT SUMMARY

| Intersection | Right Angle | Left Turn | Right Turn | Rear End | Side Swipe | Parked Vehicle | Fixed Object | Other | Total Injuries | Number of Accidents |
|---|---|---|---|---|---|---|---|---|---|---|
| **Connecticut Ave. - Porter St.** | **6** | **3** | **0** | **9** | **11** | **5** | **2** | **0** | **19** | **40** |
| Porter St. - Quebec St. | 1 | 0 | 0 | 2 | 2 | 3 | 0 | 0 | 4 | 9 |
| Porter St. - Klingle Rd. | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 |
| Porter St. - 34th St. | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 3 |
| Woodley Rd. - 34th St. | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 5 | 4 |
| Woodley Rd. - 32nd St. - Klingle Rd. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Woodley Rd. - Klingle Rd. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Woodley Rd. - Cathedral Ave. | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 2 |
| Cleveland Ave. - Garfield St. - 32nd St. | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 3 |
| Porter St. - Beach Dr. | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Adams Mill Rd. - Kenyon St. - Irvin St. | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 3 |
| Klingle Rd. - Park Rd. | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |

Source: DDOT

All of the unsignalized intersections had fewer than five accidents over the last three years. Detailed accident data for each of the 12 intersections is provided in Appendix D-2.

### D.4.3   Travel Speed Study

Floating car surveys were conducted to observe typical travel times along three corridors in the study area: (1) Connecticut Avenue between Tilden Street and Calvert Street, (2) Porter Street/Adams Mill Road/Irving Street/Park Road between 34th Street and 16th Street, and (3) Cathedral Avenue/Woodley Road between Wisconsin Avenue and Connecticut Avenue. Floating car surveys were conducted for two typical weekdays on May 12th and 13th, 2004, and on Saturday May 22, 2004[3]. Members of the Study Team drove the corridor several times in each direction during morning, mid-day and afternoon peak periods and recorded the elapsed travel times and distance between predetermined travel points (AM peak: 7:30 AM - 9:30 AM; PM peak: 3:30 PM - 6:30 PM; Mid-day: 11:30 AM - 2:00 PM). For the Saturday analysis, the Study Team collected data in the mid-day period between 1:00 PM and 3:000 PM. The data collectors were instructed to drive at the same speed as most of the vehicles traversing the study area; therefore, in some cases, the data collectors traveled at speeds above the speed limit. Table D-3 shows the summary of average travel speeds recorded on the three corridors.

### TABLE D-3: AVERAGE TRAVEL SPEED RECORDED – FLOATING CAR SURVEY AT SELECTED SEGMENTS[4]

|  | Connecticut Avenue: Tilden Street – Calvert Street Southbound (30 mph) | | Connecticut Avenue: Tilden Street – Calvert Street Northbound (30 mph) | |
|---|---|---|---|---|
|  | Without Delay | With Delay | Without Delay | With Delay |
| Weekday |  |  |  |  |
| AM Peak | 26 | 17 | 21 | 14 |
| PM Peak | 19 | 11 | 28 | 25 |
| Mid-day | 22 | 18 | 27 | 22 |
| Weekend - Saturday | 21 | 14 | 24 | 17 |

|  | Woodley Road/Cathedral Avenue: Connecticut Avenue – Wisconsin Avenue Westbound (25 mph) | | Woodley Road/Cathedral Avenue: Connecticut Avenue – Wisconsin Avenue – Eastbound (25 mph) | |
|---|---|---|---|---|
|  | Without Delay | With Delay | Without Delay | With Delay |
| Weekday |  |  |  |  |
| AM Peak | 25 | 17 | 26 | 20 |
| PM Peak | 26 | 19 | 24 | 21 |
| Mid-day | 25 | 20 | 26 | 23 |
| Weekend - Saturday | 22 | 17 | 31 | 21 |

---

[3] Additional floating car surveys were conducted in June, 2004.

[4] "Without delay" time is calculated only based on driving time and "with delay" time includes various stop times. (___ mph) indicates the posted speed.

**TABLE D-3 (CONTINUED): AVERAGE TRAVEL SPEED RECORDED – FLOATING CAR SURVEY AT SELECTED SEGMENTS**

| | Porter Street/Adams Mill Road: Connecticut Avenue – 16th Street via Park Road Westbound (25 mph) | | Porter Street/Adams Mill Road: Connecticut Avenue – 16th Street via Irvin Street Eastbound (25 mph) | |
|---|---|---|---|---|
| | Without Delay | With Delay | Without Delay | With Delay |
| Weekday | | | | |
| AM Peak | 15 | 12 | 24 | 16 |
| PM Peak | 18 | 14 | 27 | 15 |
| Mid-day | 15 | 14 | 22 | 20 |
| Weekend - Saturday | 14 | 13 | 25 | 22 |

| | Porter Street: 34th Street – Connecticut Avenue Eastbound (25 mph) | | Porter Street: Connecticut Avenue – 34th Street Westbound (25 mph) | |
|---|---|---|---|---|
| | Without Delay | With Delay | Without Delay | With Delay |
| Weekday | | | | |
| AM Peak | 21 | 14 | 19 | 17 |
| PM Peak | 15 | 6 | 20 | 11 |
| Mid-day | 20 | 10 | 21 | 16 |
| Weekend - Saturday | 22 | 14 | 20 | 19 |

***Connecticut Avenue:*** Peak period travel speeds do not differ much from the off-peak peak travel because parking restrictions during morning and evening peak hours are lifted. Prohibiting parking allows more lanes for vehicular travel during the peak hours. Also reversible lane operations increase the capacity (four lanes for southbound and two lanes for northbound in the morning peak hours and visa versa for the afternoon peak hours). Average speeds along the corridor were lower than the posted 30 mph speed limit by 2 mph to 11 mph. Average speeds for the direction with reversal lanes operated close to the posted speed limit.

***Porter Street/Adams Mill Road/Irving Street/Park Road:*** The floating car surveys recorded an eastbound speed that was very close to the posted speed limit and the westbound speed lower than the speed limit by 7 mph to 10 mph. The lower field measured speeds may be due to the combined effect of the close proximity of the two signals at Quebec Street and Connecticut Avenue and the location of a bus stop for westbound Porter Street at the Quebec Street intersection[5].

***Porter Street (between Connecticut Avenue and 34th Street):*** There is a minimal difference between peak and off-peak travel speeds for Porter Street between Connecticut Avenue and 34th Street. Average speeds for the eastbound and westbound directions were lower than the posted speed limit (25 mph) by 4 mph to 6 mph.

---

[5] Posted speed limit on Porter Street between Connecticut Avenue and Quebec Street is 25 mph; posted speed limit on Porter Street - Adams Mill Road between Quebec Street and Klingle Road is 30 mph; posted speed limit on Adams Mill Road south of Klingle Road is 25 mph.

*Cathedral Avenue/Woodley Road:* Average travel speeds were close to the posted speed limit (25 mph) and the differences by direction as well as by peak/off-peak were very minimal for this corridor.

Summarized travel speed data is provided in Appendix D-3.

### D.4.4    Public Transportation System

Two Metrorail stations, Cleveland Park and Woodley Park-Zoo are located along Connecticut Avenue within the study area. Various bus lines serve the stations, as well as neighborhoods and schools in between. Details about the WMATA services are provided below.

### WMATA Metrorail

The WMATA Metrorail Red line services residents and visitors at the Cleveland Park and Woodley Park-Zoo stations. There are two (or more) metro station entrances and exits for each station, one each on the east and west sides of Connecticut Avenue (including elevator entrances). Train service begins at 5:30 AM. The last train departs from the Shady Grove station at 12:20 AM and from the Glenmont station at 11:50 PM with variable headways.

WMATA regularly conducts a Metrorail passenger survey to estimate the percentage of total ridership residing in each jurisdiction. The results from the 2002 Metrorail Passenger Survey show that approximately 5,500 patrons use the Cleveland Park Metrorail station. Most patrons (85 percent) walk to the station and approximately five percent of metro users arrive at the station by WMATA Metrobus. The survey results also indicated that approximately six percent of metro users drove alone or carpooled to the station. At the Woodley Park-Zoo Metrorail station, approximately 6,100 patrons used the station during this particular survey period. Over 90 percent of patrons walk to the station and approximately four percent of Metrorail users arrive at the station by WMATA Metrobus.

### WMATA Metrobus Lines

WMATA provides bus service in the study area mainly along Connecticut Avenue, Porter Street, between Nebraska Avenue, NW and 1st Place, NE along the Military Road/Missouri Avenue corridor. There are a total of five WMATA lines in the northwest section of the District of Columbia. A brief description of these routes is provided below

### Crosstown Line (Routes H2, 3, and 4)

WMATA Routes H2, 3, and 4 operate daily between the Tenleytown-AU and Brookland-CUA Metrorail stations, traveling the study area via Porter Street, NW and Adams Mill Road, NW. Service begins at 4:42 AM and ends at 3:00 AM on weekdays. Saturday and Sunday services operate over a similar time span but with longer headways. There is no separate holiday service schedule.

### Mount Pleasant-Adams Morgan Line (Routes H5 and 7)

WMATA Routes H5 and 7 operate during weekday morning and afternoon rush hours between Cleveland Park Metro Station and Columbia Heights Station via Woodley Park-Zoo/Adams

Morgan Station. Morning rush hour service begins at 6:22 AM and ends at 9:33 AM and afternoon rush hour service begins at 3:44 PM and ends at 7:04 PM.

### Connecticut Avenue Line (Routes L1, 2, and 4)

WMATA Routes L1, 2, and 4 operate daily between Chevy Chase Circle and Potomac Park, traveling along Connecticut Avenue. Weekday morning service begins at 5:05 AM and evening service ends at 3:08 AM. Saturday and Sunday service operates over a similar time span but with longer headways. WMATA provides an additional service for northbound afternoon periods for holiday.

### U-Street-Garfield Line (Routes 90, 92 and 93)

WMATA Routes 90, 92, and 93 operate only on weekdays between Mc Lean Gardens and Congress Heights Station, traveling the study area between Washington National Cathedral and Adams Morgan via Woodley Road and Calvert Street. Weekday morning service begins at 4:25 AM and evening service ends at 2:56 AM.

### Benning Road Lines (Route X3)

WMATA Route X3 operates only during weekday rush hours between McLean Gardens and Minnesota Avenue Metrorail station, traveling the study area between Washington National Cathedral and Adams Morgan via Woodley Road and Calvert Street. Morning service begins at 6:00 AM and ends at 8:10 AM. Evening service begins at 3:34 AM and ends at 5:40 AM.

## D.5   EXISTING CONDITION ANALYSIS

The Study Team used Synchro, a traffic modeling/analysis program, to evaluate existing traffic conditions at the signalized intersections in the study area. Levels of service at the unsignalized intersections were calculated using the Highway Capacity Manual Unsignalized Intersection Capacity Analysis.

The level of service (LOS) was analyzed at the 12 key intersections in the study area. The LOS analysis uses a six-tier ranking from A to F to evaluate overall intersection capacity compared to existing traffic volume. LOS A indicates a free flow and LOS F represents an intersection capacity failure condition with long delays. A definition of LOS is provided in Appendix D-4.

Traffic is more concentrated on crosstown roadways in the morning peak, such as southbound towards work destinations. Also since the study area is located in the northwest section of Washington D.C., the eastbound movement was more dominant during the morning peak hour as well. Afternoon peak hour traffic is more spread out, due in part to the variety of travel purposes, including shopping, dining, other activities, etc. Table D-4 shows existing levels of service for 12 key intersections in the study area for the morning and afternoon peak hours and mid-day Saturday.

The worst levels of service for signalized intersections were observed at the intersections of Cleveland Avenue/32nd Street/Garfield Street and the intersection of Klingle Road/Park Road/Walbridge Place during the morning peak hour, reaching LOS D. The average delay times at these intersections were over 40 seconds. The major cause for delay was the multiple signal

phases (three phases each for each intersection) required to accommodate various approaches at these intersections. Most vehicles were able to cross the intersection within one cycle.

In addition to the 8 signalized intersections, there are 2 two-way stop and 1 four-way stop unsignalized intersections along Woodley Road, and 1 two-way stop intersection at Beach Drive/Porter Street. Unsignalized intersections allow the major street to be traveled without interruption or delay, while traffic on the minor street may experience lengthy delays trying to enter or cross the major street. The analysis shows that delay time was very minimal along Woodley Road intersections, maintaining LOS A and B.

The existing LOS at Beach Drive/Porter Street is D. Beach Drive is a heavily traveled commuter route with steady traffic flow southbound during morning rush hours and northbound during afternoon rush hours. Based on the recorded traffic counts for this study, there is moderate delay experienced by vehicles traveling on Porter Street at this intersection. Drivers entering Beach Drive from Porter Street wait for an acceptable gap opening to enter the Beach Drive traffic.

Appendix D-5 provides detailed existing LOS analysis worksheets.

## D.6   HOUSEHOLD TRAVEL SURVEY

A comprehensive household travel survey provided an essential element in the traffic impact study for evaluating the potential reopening of the closed section of Klingle Road. The purpose of the survey was to gather data on the socioeconomic characteristics and travel behavior of at least 100 households living in communities adjacent to the closed section of Klingle Road. The survey employed industry standard and well-validated research methods for conducting household travel surveys.[6]

There are four major steps taken to conduct a statistically valid household travel survey. A summary of each step is provided in this section. A complete report on the household travel survey process and results is available in Appendix D-6.

### D.6.1   Survey Sample Design

The sample design for the study was accomplished through Random Digit Dialing with stratification by geography. The population of interest included people living in the census tracts that border either side of Klingle Road. The nine selected census tracts in the study area were divided into those that fell to the east of Klingle Road (census tracts 0004, 0006, 0501, 0502, and 1302) and to the west (census tracts 0026, 0039, 2701, and 2702). Two random samples were drawn with each encompassing one geographic area, east or west. Within each east and west geographic area, a 500-piece sample was drawn proportional to the population of the census tracts for a total of 1,000 pieces. The total sample was split into 3 separate replicates for efficient administration and tracking in the files; an east replicate, which contained 400 records, a west replicate with 400 records, and a reserve sample replicate with 200 records.

---

[6] All household members age 16 or older recorded all trips for a specified 24-hour period using a specially designed travel log. Sample selection was random. Participants were recruited by telephone. Logbooks and other materials were delivered by mail. Travel data after the assigned travel day was retrieved by telephone. Both the recruitment and retrieval interviews employed computer-assisted telephone interview techniques.

TABLE D-4: EXISTING WEEKDAY PEAK HOURS AND SATURDAY MID-DAY INTERSECTION LEVELS OF SERVICE

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | C | 20.5 | C | 22.1 | B | 13.2 |
| 2 | Porter St. - Quebec St. | B | 17.1 | B | 15.0 | B | 16.0 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 11.2 | B | 13.0 | A | 7.6 |
| 4 | Porter St. - 34th St. | B | 13.0 | B | 17.9 | B | 11.3 |
| 5 | Woodley Rd. - 34th St. | C | 23.4 | B | 17.7 | B | 10.7 |
| 6* | Woodley Rd. - 32nd St. | B | 13.1 | A | 9.9 | A | 9.1 |
| 7* | Woodley Rd. - Klingle Rd. | A | 9.6 | A | 9.0 | A | 8.9 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 14.2 | A | 8.4 | A | 7.8 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 49.5 | C | 22.9 | C | 24.2 |
| 10* | Beach Dr.- Klingle Rd. - Porter St. | D | 30.5 | D | 25.2 | C | 16.6 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 19.4 | C | 19.3 | C | 23.3 |
| 12 | Klingle Rd. - Park Rd. | D | 46.6 | C | 26.9 | C | 26.4 |

* These are unsignalized intersections. Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.

## D.6.2    Advance Letter and Recruitment of Household

An advance letter was mailed to 800 sampled households. The advance mailing was an important step for improving overall response by informing the public about the survey. The Study Team's survey interviewer then called to solicit the household's participation. The survey was conducted under the Council of American Survey Research Organizations standards. Only 800 of the 1000 sampled households were needed to obtain the needed 150 recruits, which reflects an overall response rate of 36 percent, comparable to other household travel surveys. The final disposition of the 800 samples is shown in the table below (Table D-5).

### TABLE D-5: HOUSEHOLD RECRUITMENT EFFORT

| Household Recruitment | Total |
|---|:---:|
| Complete (full response for recruitment questions) | 150 |
| Partial Complete | 6 |
| Refusal | 127 |
| Ineligible Household | 15 |
| Ineligible Number | 145 |
| Non-contact (eligibility unknown) | 357 |
| *Total Samples* | *800* |

## D.6.3   Mailing of Survey Packet

The survey package mailed to recruited households was critical to achieving a high completion rate and high quality survey. The package included a variety of tools and resources that explained the task of participation. The package contained the following:

- A cover letter
- A page of "Frequently Asked Questions"
- A sheet reminding the household of the assigned travel day and the call back appointment time for diary collection
- A sample "completed" diary excerpt that also provides tips on how to complete diaries most efficiently, and
- A travel diary for each member for the household age 16 and older.

The travel data recorded in the course of this study represents daily travel during the time period of May 11th through May 19th, 2004. A sample copy of the package materials is available in Appendix D-6.

## D.6.4   Reminder Call and Retrieval of Travel Data

A reminder call was placed to each household up to two days before the household's assigned travel day. Households also scheduled a best time and day for a call back to retrieve the travel information. Multiple call-backs were made to attempt to collect travel diary information from each household member directly. As shown in Table D-6 below, out of 150 total households recruited, 108 of them provided travel data for all household members age 16 and older. The completion rate of 72% was higher than average rates experienced for similar household travel surveys.

## TABLE D-6: HOUSEHOLD TRAVEL SURVEY COMPLETION

| Daily Travel Diary | Total |
|---|---|
| Completed Travel Diary | 108 |
| Partial Completed Travel Diary | 31 |
| Not Returned | 11 |
| *Total Sample* | *150* |

### D.6.5  Household Travel Survey Results

A total of 108 households provided travel data for all household members (53 households east of Connecticut Avenue and 55 households west of Connecticut Avenue). The 108 households represented 201 persons with 122 vehicles available to them. Total recorded person trips were 1,039. A brief summary of the survey results is provided below (Table D-7).

### TABLE D-7: HOUSEHOLD TRAVEL SURVEY KEY SUMMARY

| Demographic Characteristic | Survey Result Key Summary |
|---|---|
| Number of people in household | Predominately 1 person (36%) and 2 person (48%) households |
| Number of people employed in household | 84% of households – 1 person (40%) or 2 persons (44%) employed |
| Ethnicity | 87% white, 5% black, 2% Asian, and 6% Native American |
| Education | 81% of participants – bachelors degree or higher |
| Duration of residency in the current house | 42% of households – lived in the area before the closure of Klingle Road |
| **Mode Characteristics and Other** | |
| Mode of transportation | 39% auto-drive alone, 7% auto-passenger, 39% walk, 11% Metro bus or rail, and 1% bike |
| Trip purpose | Non-work at home trips 35%, Work trips 10%, Work-related trips 4%, Leisure trips 27%, and Others 24% |
| Number of vehicles in household | 18% of household with no vehicle, 55% of households with 1 vehicle, and 25% of households with 2 vehicles |
| Year of vehicles | 41% of vehicles owned – newer than 2000 |
| Type of vehicles | 77% sedan, 11% SUV, and 5% minivan |

Survey participants were also asked about the number of trips made on the Saturday before the assigned travel date. A total of 39 Saturday trips were reported, and more than half of the Saturday trips were made using Rock Creek Park roadways.

## D.6.6    Origin and Destination Travel Pattern Characteristics

The survey responses for origins and destinations of person trips were geocoded to county, zip codes, and then to traffic analysis zones. This effort was performed in order to understand local travel patterns and identify the dominant directional travel flow. As shown in Figures D-6 and D-7, there is a slightly higher directional flow from east to west than from west to east. The red dots indicating destinations in Figures D-7 and D-8 show that surveyed households west of Rock Creek Park made 293 trips to 78 destinations east of the park while households east of Rock Creek Park made a total of 312 trips to 110 destinations west of the park. Overall, the survey reveals that 52 percent of cross-town trips are east to west (westbound) and 48 percent of cross-town trips are from west to east (eastbound). Eastbound trip destinations were geographically concentrated on downtown Washington D.C. Westbound trips varied more, mainly targeting destinations on major arterial roads such as Wisconsin Avenue, Nebraska Avenue, and River Road.

FIGURE D-6: WEST TO EAST TRIP FLOW FROM HOUSEHOLDS IN WESTERN SAMPLE AREA



Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

FIGURE D-7: EAST TO WEST TRIP FLOW FROM HOUSEHOLDS IN EASTERN SAMPLE AREA



## D.7 TRAVEL DEMAND FORECAST

The following section describes the travel demand forecasting process and the assumptions used.

### D.7.1 Travel Demand Forecast Methodology

The Study Team conducted a travel demand forecast for Klingle Road using the MWCOG regional model, Version 2.1/TP+, Release C (dated March 26, 2004) with Round 6.3 socioeconomic forecast database, which required Citilabs TP+ 2.1 or higher with supporting software Cube Voyager 3.2 to execute. MWCOG Version 2.1 is generally referred to as the "transit constraint" which was implemented to reflect the assumption that the core capacity of the transit system will not support expected passenger demand beyond the projected 2005 level.

The purpose of the travel demand forecast analysis was to produce trip assignments and analysis for an updated Klingle Road by examining a series of scenarios. Results of the travel demand forecast will assist in determining the potential traffic impact of reopening Klingle Road.

### Data

The initial data files include TP+ batch files and scripts for a thirty-four-step model referred to as Release C for the years of 2005, 2015, 2025 and 2030. The travel demand forecast model was run for 2005 and 2025. The 2005 and 2025 forecast results were then adjusted to develop traffic

impact estimates for 2007 (the "immediate" impact of reopening Klingle Road) and for 2027 (the long term impact.) Additional details are provided in Section D.7.2 below.

**Modeling Procedures**

The initial step of the analysis was to verify an analysis run in Cube 3.2 using the data files and scripts for 2005. A complete run was made and appeared to execute without any problems. The execution time of the model run on a 2.8 MHz computer exceeds eight hours.

One no build and three build condition scenarios were investigated under the Klingle Road EIS Traffic Impact Analysis as shown in Table D-1 at the beginning of this report, and are summarized below:

> Scenario 1. No Build, without Klingle Road link
>
> Scenario 2. Klingle Road as a one lane, one-way street westbound
>
> Scenario 3. Klingle Road as a one lane, one-way street eastbound
>
> Scenario 4. Klingle Road as a two lane local street

Build scenarios were developed for 2005 to add Klingle Road as a low speed local street to the network. Both no build and build scenarios were developed and tested[7]. For the final run, a speed class of 3 (representing a starting speed of 23) and capacity class of 41 (representing a capacity of 300 per lane) was used for all the scenarios.

After review and approval of the 2005 scenarios, the same three scenarios were developed for 2025 plus the 2025 base run without Klingle Road. Volumes were posted for 24VOL (representing 24 hours), AMVOL (representing 6:00 AM – 9:00 AM times), PMVOL (4:00 PM - 7:00 PM times), and OPVOL (representing all other hours other than AMVOL and PMVOL times). Travel demand forecast run results are provided in Appendix D-7.

**D.7.2   Travel Demand Forecast Refinement**

As discussed earlier, the build alternatives for the Klingle Road EIS assume that Klingle Road reopens in 2007. The travel demand forecast results for forecast years 2005 and 2025 were adjusted to the years 2007 and 2027 by calculating the average growth rate between 2005 and 2025, and applying that growth to actual 2004 observed traffic volumes and turning movement counts. The Study Team first developed a travel demand forecast for no build (without the reopening of Klingle Road) in 2007 and 2027. Results from other build scenarios are compared to the no build analysis in order to assess the impact of reopening Klingle Road. The analyses examined volumes and impacts for both eastbound and westbound directions for one-way scenarios to identify impacts and, if possible, detect a directional pattern for Klingle Road. (A two-way scenario was also tested.) The recommended westbound one-way scenario was chosen

---

[7] During a review of the models, it was discovered that the initial starting speed was set as a function of speed class by area. The initial speeds of 29 mph were high for a two lane local street. In order to reflect similarity to the original posted speed on Klingle Road when it was open, the network speed and capacity codes were manually changed to represent a reasonable value before running the remaining scripts. Moreover, one network link (link 9166-9168 was changed to link 9168-9718) was adjusted to represent existing Beach Drive, which runs under Porter Street interchange instead of grade crossing.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

28

on the basis of estimated traffic flow and minimizing neighborhood impacts. Discussion of the impact analysis is provided in Sections D.8 and D.9.

### D.7.3    Klingle Road Estimated Traffic Volume by Scenario

Average daily traffic volume estimated on Klingle Road with the two-way road scenario is 3,845 vehicles in 2007 (see Table D-8). Traffic growth over 20 years is expected to reach almost 4,960 vehicles per day. Average daily traffic volume for the one-way scenarios (westbound and eastbound) is approximately half the two-way volumes. For the 20-year horizon, Klingle Road traffic is expected to grow by 300 and almost 700 vehicles for westbound and eastbound scenarios, respectively.

**TABLE D-8: ESTIMATED AVERAGE DAILY TRAFFIC OF KLINGLE ROAD**

| Scenarios | Forecast Year 2007 | Forecast Year 2027 |
|---|---|---|
| One-Way, One-Lane Road, Westbound | 1,993 | 2,303 |
| One-Way, One-Lane Road, Eastbound | 1,706 | 2,398 |
| Two-Way, Two-Lane Road | 3,845 | 4,960 |

Traffic counts available from 1988 when Klingle Road was open to vehicular traffic demonstrated that the dominant traffic movement in the morning peak hours was westbound and vise versa for the afternoon peak hours. The Household Travel Survey conducted for the Klingle Road EIS Traffic Impact Analysis also showed that the more dominant traffic movement in the study area was westbound. The MWCOG travel demand forecast result for Klingle Road also indicated that westbound movement in the study area was somewhat more pronounced than eastbound traffic. The directional traffic flow information in the study area, gathered from various sources, is shown in Table D-9.

**TABLE D-9: DIRECTIONAL SPLIT**

|  | AM Peak | | PM Peak | |
|---|---|---|---|---|
|  | Westbound | Eastbound | Westbound | Eastbound |
| 1988 Peak Hour Traffic Counts | 199 (67%) | 98 (33%) | 128 (41%) | 187 (59%) |
| Peak Hour Average | 53% | 47% | 53% | 47% |
| Klingle Road EIS |  |  |  |  |
| Household Travel Survey | 52% | 48% | 52% | 48% |
| Travel Demand Forecast | 61% | 39% | 50% | 50% |

### D.7.4    Traffic Estimates on Other Roadways

Traffic counts and turning movement counts were conducted at 12 key intersections, as described above in Section D-4. These actual counts provide the key to calibrating the MWCOG regional model for fine-scale analysis. The MWCOG model was designed to be used for regional analysis and travel demand forecast results are only available for major roads in the study area, namely

Connecticut Avenue, Porter Street, Adams Mill Road, Beach Drive, Park Road, Klingle Road (intersection #12) and 34th Street. The methodology used to fine-tune the regional model to reflect local roads is presented in the following paragraph.

As discussed in Section D.7.2, the travel demand model was run for 2005 and 2025, adjusted to 2007 and 2027, for the no build and the three build scenarios. Each build scenario was compared with the no build scenario and the traffic volume difference was calculated in percentages. Once the percent difference was calculated, it was applied to the existing 2004 traffic counts for the appropriate roadways to estimate traffic volumes on these roadways with Klingle Road linkages. For streets that are not included in the regional model, the percent growth from an adjacent street (or streets) was used. For Beach Drive and Woodley Road, turning movements for increased (or decreased) traffic volumes were allocated proportional to existing turning movements.

## D.8   IMMEDIATE TRAFFIC IMPACT OF REOPENING KLINGLE ROAD IN 2007

Using travel demand forecast results for forecast years 2007 and 2027, the traffic conditions for no build and three build scenarios were analyzed. As described in Section D.4 above, initial LOS at signalized and unsignalized intersections were calculated using Synchro and the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The LOS analysis uses a six-tier ranking from A (free flow) to F (capacity failure condition with long delays). Definition of LOS is provided in Appendix D-4. Table D-10 compares the three build scenarios to the no build scenario for the morning and afternoon peak periods, in terms of average increased or reduced delay time in seconds per vehicle. Tables D-11 through D-16 provide the detail supporting Table D-10 and the following analysis, and show the LOS and delay results at 12 key intersections for morning and afternoon peak hours and Saturday mid-day peak hour.

Most intersections show a slight reduction in delay, or an almost imperceptible increase in delay (three seconds per vehicle or less) compared to the no build scenario, with one marked exception. Table D-10 demonstrates that two of the three build scenarios (two-way and one-way eastbound) will have a measurable traffic impact on Beach Drive at the Porter Street intersection, in terms of level of service and average delay. The one-way westbound alternative provides no change in morning peak hour delay for this intersection in 2007, and less than a four-second increase in delay per vehicle in the afternoon peak hour, compared to the no build scenario. Although most roadways experience some increase in traffic volume related to the assumed opening of Klingle Road, level of service does not change, except for Beach Drive at Porter Street intersection for the two scenarios mentioned above.

In a separate but related finding, due to already heavy traffic volume on Beach Drive, the travel demand forecast result shows that traffic growth will be minor by 2007.

## TABLE D-10: 2007 DELAY TIME (SECONDS PER VEHICLE) COMPARISON BETWEEN NO BUILD AND BUILD SCENARIOS

| Node # | Intersection | One-Way Westbound | | One-Way Eastbound | | Two-Way | |
|---|---|---|---|---|---|---|---|
| | | AM Peak | PM Peak | AM Peak | PM Peak | AM Peak | PM Peak |
| 1 | Connecticut Ave. - Porter St. | (0.50) | (2.10) | (1.60) | (1.70) | (1.40) | (3.10) |
| 2 | Porter St. - Quebec St. | (0.20) | (0.10) | (0.30) | (0.10) | (0.20) | (0.10) |
| 3 | Adams Mill Road - Klingle Rd. | (0.10) | (0.10) | (0.10) | 0.10 | 0.50 | 0.00 |
| 4 | Porter St. - 34th St. | (0.40) | (1.00) | (0.90) | (1.70) | (0.20) | (0.50) |
| 5 | Woodley Rd. - 34th St. | (0.70) | (0.30) | (1.50) | (0.20) | (0.20) | 0.00 |
| 6* | Woodley Rd. - 32nd St. | 0.70 | 0.60 | 1.30 | 1.20 | 0.50 | 0.50 |
| 7* | Woodley Rd. - Klingle Rd. | (0.60) | 0.10 | (0.30) | 0.30 | (0.20) | 0.20 |
| 8* | Woodley Rd. - Cathedral Ave. | 1.60 | 0.70 | 2.60 | 1.00 | 0.50 | 0.30 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | 0.00 | 0.00 | (0.20) | 0.00 | 0.00 | 0.00 |
| 10* | Beach Dr. - Klingle Rd./Porter St. | 0.00 | 3.70 | **23.70** | **49.90** | **26.00** | **17.50** |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | (0.40) | 0.10 | (0.10) | 0.10 | 3.30 | (0.20) |
| 12 | Klingle Rd. - Park Rd. | 1.10 | 0.10 | 2.80 | 0.30 | 0.90 | 0.00 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*).
2. Parenthesis () indicate negative values.
3. Delay changes (increases or decreases) of five seconds are shown in bold.

## TABLE D-11: NO BUILD SCENARIO IN 2007

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | C | 20.6 | C | 22.6 | B | 13.8 |
| 2 | Porter St. - Quebec St. | B | 17.2 | B | 13.6 | B | 16.7 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 10.7 | B | 13.1 | A | 7.9 |
| 4 | Porter St. - 34th St. | B | 12.9 | B | 19.0 | B | 11.8 |
| 5 | Woodley Rd. - 34th St. | C | 30.2 | B | 18.3 | B | 10.8 |
| 6* | Woodley Rd. - 32nd St. | B | 10.7 | A | 9.9 | A | 9.3 |
| 7* | Woodley Rd. - Klingle Rd. | A | 9.4 | A | 8.8 | A | 8.7 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 10.8 | A | 8.1 | A | 7.7 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 51.0 | C | 23.0 | C | 24.2 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | E | 36.3 | D | 25.3 | C | 17.2 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.7 | C | 19.9 | C | 22.3 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 45.5 | C | 26.5 | C | 26.2 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.
2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.
3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

**TABLE D-12: ONE-LANE WESTBOUND ONLY SCENARIO IN 2007**

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | B | 20.1 | C | 20.5 | B | 13.7 |
| 2 | Porter St. - Quebec St. | B | 17.0 | B | 13.5 | B | 16.6 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 10.6 | B | 13.0 | A | 7.8 |
| 4 | Porter St. - 34th St. | B | 12.5 | B | 18.0 | B | 11.7 |
| 5 | Woodley Rd. - 34th St. | C | 29.5 | B | 18.0 | B | 10.8 |
| 6* | Woodley Rd. - 32nd St. | B | 11.4 | B | 10.5 | A | 9.5 |
| 7* | Woodley Rd. - Klingle Rd. | B | 8.8 | A | 8.9 | A | 8.7 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 12.4 | A | 8.8 | A | 8.0 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 51.0 | C | 23.0 | C | 24.2 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | E | 36.3 | D | 29.0 | C | 17.8 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.3 | C | 20.0 | C | 22.5 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 46.6 | C | 26.6 | C | 26.1 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.
2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.
3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

## TABLE D-13: ONE-LANE EASTBOUND SCENARIO IN 2007

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | B | 19.2 | B | 19.5 | B | 13.8 |
| 2 | Porter St. - Quebec St. | B | 17.0 | B | 13.5 | B | 16.6 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 11.2 | B | 13.1 | A | 7.9 |
| 4 | Porter St. - 34th St. | B | 12.7 | B | 18.5 | B | 11.7 |
| 5 | Woodley Rd. - 34th St. | C | 30.0 | B | 18.3 | B | 10.8 |
| 6* | Woodley Rd. - 32nd St. | B | 11.2 | B | 10.4 | A | 9.5 |
| 7* | Woodley Rd. - Klingle Rd. | A | 9.2 | A | 9.0 | A | 8.8 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 11.3 | A | 8.4 | A | 7.6 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 51.0 | C | 23.0 | C | 24.2 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | F | 62.3 | E | 42.8 | C | 18.5 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 22.0 | B | 19.7 | C | 22.3 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 46.4 | C | 26.5 | C | 26.2 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.
2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.
3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

### TABLE D-14: TWO-WAY, TWO LANE ROAD SCENARIO IN 2007

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | B | 19.0 | C | 20.9 | B | 13.9 |
| 2 | Porter St. - Quebec St. | B | 16.9 | B | 13.5 | B | 16.7 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 10.6 | B | 13.2 | A | 7.9 |
| 4 | Porter St. - 34th St. | B | 12.0 | B | 17.3 | B | 11.2 |
| 5 | Woodley Rd. - 34th St. | C | 28.7 | B | 18.1 | B | 10.8 |
| 6* | Woodley Rd. - 32nd St. | B | 12.0 | B | 11.1 | A | 9.7 |
| 7* | Woodley Rd. - Klingle Rd. | A | 9.1 | A | 9.1 | A | 8.8 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 13.4 | A | 9.1 | A | 8.1 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 50.8 | C | 23.0 | C | 24.2 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | F | 60.0 | F | 75.2 | C | 19.8 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.6 | C | 20.0 | C | 22.4 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 48.3 | C | 26.8 | C | 26.4 |

Notes:

1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.

2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.

3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

Compared to the existing LOS results presented in Table D-4, most intersections maintained the same LOS with slightly increased delay time for the no build scenario. The Beach Drive/Porter Street intersection (Intersection #10) drops to LOS E with an additional six-second delay. The Saturday mid-day impact was very minor for all intersections and LOS was C or better.

The build scenario LOS results shown in Tables D-9 through D-11 were compared with no build to assess the impact of reopening Klingle Road. Most intersections maintained the same LOS with minor delay time changes. For the following discussion, delay changes (increases or decreases) of five seconds or less are considered as negligible and are not discussed.

For the one-lane, westbound build scenario, no intersections experience any noteworthy increase or decrease in delay. LOS did not change compared to no build scenario. Saturday peak hour impact was very minor for all intersections and the LOS was C or better.

Similar to the one-lane, westbound scenario, there is no significant delay time changes with the one-lane, eastbound scenario except at the Beach Drive/Porter Street intersection. Delay time increased nearly as much as the two-way scenario, where LOS dropped from C to F in morning peak hour. The afternoon peak hour LOS also dropped from C to E, but delay time was a half minute less than for the two-way scenario. Saturday mid-day impact was again very minor for all intersections and LOS was C or better.

For the two-way build scenario, delay time changes were negligible for all intersections except at the Beach Driver/Porter Street intersection. Delay time at the Beach Drive/Porter Street intersection would increase to one minute for morning peak hour and over one minute for the afternoon peak hour. The Saturday mid-day impact was very minor for all intersections and the LOS was C or better.


## D.9   FUTURE CONDITION ANALYSIS

The long-term traffic impact (in the year 2027) was also analyzed for 12 key intersections for no build and three build scenarios. Table D-15 compares the three build scenarios to the no build scenario for the morning and afternoon peak periods, in terms of increased or reduced delay time in seconds per vehicle. Tables D-16 through D-19 show the LOS and delay results at 12 key intersections for morning and afternoon peak hours and Saturday mid-day peak hour.

Comparable to the findings in the Immediate Impact Analysis, most intersections show a slight reduction in delay, or an almost imperceptible increase in delay (six seconds per vehicle or less) compared to the no build scenario. Again, two of the three build scenarios (two-way and one-way eastbound) show even more traffic impact on Beach Drive at the Klingle Road/Porter Street intersection than was the case in 2007. The one-way westbound scenario provides a slight reduction (almost ten seconds) in morning peak delay for this intersection in 2007, and a six-second increase in delay per vehicle in the afternoon peak, compared to the no build scenario. This is mainly due to the forecasted traffic volumes on Beach Drive shows that southbound morning peak flow is estimated to decrease with the build scenarios while afternoon peak northbound flow increase with the build scenarios, compared to no build scenario. Although most roadways will experience some increase in traffic volume over a 20-year horizon, level of service does not change, except for the following three locations: (1) Beach Drive at Porter Street for the two scenarios mentioned above, (2) Woodley Road at 34th Street for both morning and afternoon peak hours, and (3) Porter Street at 34th Street in the morning peak hour.

In a separate but related finding, due to already heavy traffic volume on Beach Drive, by 2027 it appears likely that delay time along Beach Drive may force some travelers to divert to other alternative routes, under the no build as well as the build scenarios. Therefore, real-time delay may never get as worse as the future analysis show.

**TABLE D-15: 2027 DELAY TIME (SECONDS PER VEHICLE) COMPARISON BETWEEN NO BUILD AND BUILD SCENARIOS**

| Node # | Intersection | One-Way Westbound | | One-Way Eastbound | | Two-Way | |
|---|---|---|---|---|---|---|---|
| | | AM Peak | PM Peak | AM Peak | PM Peak | AM Peak | PM Peak |
| 1 | Connecticut Ave. - Porter St. | 2.10 | 3.60 | (2.10) | (1.20) | (2.50) | (1.30) |
| 2 | Porter St. - Quebec St. | 0.00 | 0.00 | 0.00 | 0.00 | (0.20) | (0.20) |
| 3 | Adams Mill Rd. - Klingle Rd. | 0.00 | 0.00 | (0.10) | 0.00 | (0.20) | 0.00 |
| 4 | Porter St. - 34th St. | (1.30) | (3.80) | (0.90) | (2.30) | (0.50) | (0.50) |
| 5 | Woodley Rd. - 34th St. | (3.80) | (2.20) | 1.00 | 0.20 | 1.60 | 1.60 |
| 6* | Woodley Rd. - 32nd St. | 0.80 | 0.80 | 0.80 | 0.70 | 1.90 | 1.50 |
| 7* | Woodley Rd. - Klingle Rd. | 0.00 | 0.40 | (0.10) | 0.10 | 0.30 | 0.40 |
| 8* | Woodley Rd. - Cathedral Ave. | 2.30 | 0.90 | 0.90 | 0.60 | **5.00** | 1.50 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | 1.00 | 0.00 | 0.50 | 0.00 | 0.70 | 0.10 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. | **(9.70)** | **6.00** | **57.50** | **29.40** | **48.30** | **71.70** |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | 0.10 | 0.30 | (0.20) | (0.30) | 0.10 | 0.00 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | 1.60 | 0.10 | 0.70 | 0.00 | **5.40** | 0.70 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*).
2. Parenthesis () indicates negative values.
3. Delay changes (increases or decreases) of five seconds shown in bold.

Tables D-16 through D-19 show the LOS results at these intersections. The section below compares build scenarios with the no build scenario to assess the long-term impact of reopening Klingle Road in the study area.

## TABLE D-16: NO BUILD SCENARIO IN 2027

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | C | 23.4 | C | 23.6 | B | 14.4 |
| 2 | Porter St. - Quebec St. | B | 17.3 | B | 13.7 | B | 16.8 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 11.3 | B | 13.5 | A | 8.1 |
| 4 | Porter St. - 34th St. | B | 14.5 | C | 23.5 | B | 10.2 |
| 5 | Woodley Rd. - 34th St. | D | 39.0 | C | 23.6 | B | 11.0 |
| 6* | Woodley Rd. - 32nd St. | B | 10.9 | B | 10.0 | A | 99.4 |
| 7* | Woodley Rd. - Klingle Rd. | A | 8.9 | A | 8.8 | A | 8.7 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 11.4 | A | 8.1 | A | 7.8 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 53.8 | C | 23.1 | C | 24.2 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | F | 72.5 | D | 25.8 | C | 19.0 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.5 | C | 20.7 | C | 22.4 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 51.4 | C | 27.1 | C | 26.7 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.
2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.
3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

## TABLE D-17: ONE-LANE WESTBOUND ONLY SCENARIO IN 2027

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | C | 25.5 | C | 27.2 | B | 14.0 |
| 2 | Porter St. - Quebec St. | B | 17.3 | B | 13.7 | B | 16.8 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 11.3 | B | 13.5 | A | 8.0 |
| 4 | Porter St. - 34th St. | B | 13.2 | B | 19.7 | B | 12.2 |
| 5 | Woodley Rd. - 34th St. | D | 35.2 | C | 21.4 | B | 11.0 |
| 6* | Woodley Rd. - 32nd St. | B | 11.7 | B | 10.8 | A | 9.6 |
| 7* | Woodley Rd. - Klingle Rd. | A | 8.9 | A | 9.2 | A | 8.9 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 13.7 | A | 9.0 | A | 8.2 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 54.8 | C | 23.1 | C | 24.3 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | F | 62.8 | D | 31.8 | C | 20.4 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.6 | C | 21.0 | C | 22.3 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 53.0 | C | 27.2 | C | 27.7 |

Notes:

1. Unsignalized intersections are illustrated with asterisk (*) Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.

2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.

3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

Klingle Road Draft Environmental Impact Statement: Appendix D Klingle Road EIS Traffic Impact Study
District Department of Transportation

*39*

## TABLE D-18: ONE-LANE EASTBOUND SCENARIO IN 2027

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|---|---|---|---|---|---|---|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | C | 21.3 | C | 22.4 | B | 13.9 |
| 2 | Porter St. - Quebec St. | B | 17.3 | B | 13.7 | B | 16.8 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 11.2 | B | 13.5 | A | 8.0 |
| 4 | Porter St. - 34th St. | B | 13.6 | C | 21.2 | B | 12.5 |
| 5 | Woodley Rd. - 34th St. | D | 40.0 | C | 23.8 | B | 11.1 |
| 6* | Woodley Rd. - 32nd St. | B | 11.7 | B | 10.7 | B | 9.7 |
| 7* | Woodley Rd. - Klingle Rd. | A | 8.8 | A | 8.9 | A | 8.7 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 12.3 | A | 8.7 | A | 7.9 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 54.3 | C | 23.1 | C | 24.3 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | F | 130.0 | F | 55.2 | C | 22.8 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.3 | C | 20.4 | C | 22.3 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | D | 52.1 | C | 27.1 | C | 27.8 |

Notes:
1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.
2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.
3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

### TABLE D-19: TWO-WAY, TWO LANE ROAD SCENARIO IN 2027

| Node # | Intersection | AM Peak Hours | | PM Peak Hours | | Saturday Mid-day | |
|--------|--------------|---------------|---|---------------|---|------------------|---|
| | | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) | Level of Service | Average Delay (Sec./Veh.) |
| 1 | Connecticut Ave. - Porter St. | C | 20.9 | C | 23.3 | B | 14.0 |
| 2 | Porter St. - Quebec St. | B | 17.1 | B | 13.5 | B | 16.8 |
| 3 | Adams Mill Rd. - Klingle Rd. | B | 11.1 | B | 13.5 | A | 8.0 |
| 4 | Porter St. - 34th St. | B | 14.0 | C | 23.0 | B | 13.1 |
| 5 | Woodley Rd. - 34th St. | D | 40.6 | C | 25.2 | B | 11.1 |
| 6* | Woodley Rd. - 32nd St. | B | 12.8 | B | 11.5 | A | 9.9 |
| 7* | Woodley Rd. - Klingle Rd. | A | 9.2 | A | 9.2 | A | 8.9 |
| 8* | Woodley Rd. - Cathedral Ave. | B | 16.4 | A | 9.6 | A | 8.3 |
| 9 | Cleveland Ave. - 32nd St. - Garfield St. | D | 54.5 | C | 23.2 | C | 24.3 |
| 10* | Beach Dr. - Klingle Rd. - Porter St. [2,3] | F | 120.8 | F | 97.5 | C | 26.1 |
| 11 | Adams Mill Rd. - Irving St. - Kenyon St. | C | 18.6 | C | 20.7 | C | 22.2 |
| 12 | Klingle Rd. - Park Rd. - Walbridge Pl. | E | 56.8 | C | 27.8 | C | 27.2 |

Notes:

1. Unsignalized intersections are illustrated with asterisk (*). Levels of service at these intersections were measured based on the Highway Capacity Manual Unsignalized Intersection Capacity Analysis. The delay is for the minor street approach only.
2. While the peak hour factor for other intersections was 0.92, a peak hour factor of 0.98 was used for Intersection 10 to better reflect peaking characteristics at this intersection. The peak hour factor is a measure comparing the heaviest peak 15-minute traffic flow to the total peak hourly volume. A peak hour factor of 1.0 indicates a constant flow over the peak hour, with each 15-minute period experiencing the same volume.
3. The gap acceptance assumption was also reduced from 6.7 second to 5 seconds in order to simulate realistic traffic movement at this intersection. Gap acceptance is the minimum time interval between vehicles in a major traffic stream (e.g., Beach Drive) that permits side street vehicles at a stop sign (e.g., Porter Street) to enter the intersection under prevailing traffic conditions. In other words, under heavy traffic flow, drivers on a side street are likely to enter traffic more aggressively than under more moderate traffic conditions.

Compared to existing LOS results presented in Table D-4, most intersections still maintained the same LOS with some increase in delay for the no build scenario. LOS for the Woodley Road intersection at 34th Street dropped from C to D for the morning peak hour. This may be due to expected traffic increases along 34th Street over a 20-year horizon. Moreover, afternoon peak hour delay times increased by a few seconds at two of the 34th Street intersections: at Porter Street and Woodley Road, bringing these intersections from LOS B to C. The Beach Drive/Porter Street intersection reaches LOS F, doubling delay compared to 2007 figures for the

morning peak hour. Afternoon LOS at this intersection remains the same. The Saturday mid-day impact was very minor for all intersections and LOS was C or better.

For the one-lane, westbound build scenario, no intersection experiences an increase in delay greater than six seconds per vehicle in the morning or afternoon peak; many experience no change compared with the no build scenario, and 34th Street intersections actually experience a decrease in delay. Most notably, the morning peak hour delay time for the Beach Drive/Porter Street intersection decreases by 10 seconds. With this scenario, southbound Beach Drive traffic volume is expected to decrease than the no build scenario. Saturday mid-day impact was very minor for all intersections and LOS was C or better.

For the one-lane, eastbound build scenario, no intersections had a significant delay time changes expect for the Beach Drive/Porter Street intersection. Morning peak hour delay time for the Beach Drive/Porter Street intersection is the worst among all scenarios, exceeding two minutes. Afternoon peak hour delay time was almost one minute, almost doubling compared to the westbound build scenario.

For the two-way build scenario, more intersection increased delay time compared to other build scenarios. However, changes are minor except at the Beach Drive/Porter Street intersection, where the estimated morning peak hour average delay is over two minutes. Afternoon peak hour delay time is the worst among all scenarios, exceeding one minute and a half. The Saturday mid-day impact was very minor for all intersections and LOS was C or better.

Appendix D-8 includes detailed future year level of service analysis worksheets.

## D.10 CONCLUSIONS

As a part of the evaluation of reopening of Klingle Road, the *Klingle Road EIS Traffic Impact Study* was conducted. The study included comprehensive data collection to assess current traffic conditions, a household travel survey to identify local travel patterns, a traffic demand forecast to estimate future traffic volumes with and without a reopened Klingle Road, and an analysis of the traffic conditions in the future year scenarios.

In the scenario analysis, a no build scenario was developed to serve as the pivot point for analyzing the impact of reopening Klingle Road. The no build scenario analysis results were compared with three build scenarios. Three build scenarios analyzed in the study showed that in 2007, a reopened Klingle Road would carry almost 3,850 vehicles per day with the two-lane scenario, 2,000 per day for the one-lane westbound scenario, and 1,700 per day for the one-lane eastbound scenario. In the 20-year horizon, average daily traffic is expected to grow to 5,000 for the two-lane scenario, and 2,300 and 2,400 for the one-lane westbound and one-lane eastbound, respectively. The analysis also reviewed weekday morning and afternoon peak hours and Saturday mid-day peak traffic conditions.

The arterial roadways surrounding Klingle Road are currently experiencing minor delays during morning and afternoon peak hours, especially along roads parallel to Klingle Road. Most of the delay time experienced along Cleveland Avenue (intersection #9) and Park Road (intersection #12) may result from the combination of long cycle lengths, multiple signal phases, and traffic volume. Delays at the unsignalized intersections at Beach Drive (intersection #10) may be due to heavy traffic volume along Beach Drive.

Since northwest Washington D.C. is a fully established area and no major land use changes are anticipated within and in the vicinity of the study area, slow traffic growth is expected in the study area over the years. Intersections where congestion is currently experienced would gradually worsen over the years. Roadways such as Connecticut Avenue and Beach Drive are among the many commuter routes through Washington D.C. These roads are already heavily traveled and traffic increases on these roadways will be limited due to capacity constraints.

Since projected future traffic growth in the area is very gradual, which is reasonable in the urban area like the Northwest Washington D.C., both no build and build scenarios for forecast years 2007 and 2027 maintained the same LOS as current intersections in the study area. Delay time increases or decreases slightly for most intersections. The major exception to this finding is for the Beach Drive/Porter Street intersection. For two of the scenarios (two-way road and one-way eastbound), this intersection experiences dramatic increases in delay, and a significant deterioration in LOS, compared to the no build scenario. However, delay time will be still within a realistic ranging between 29 seconds and 75 seconds in 2007 and ranging between 32 seconds and 130 seconds in 2027. In contrast, the one-way westbound scenario provides very slight increases and slight decreases in delay, compared to the no build scenario. This, and prevalence of directional flow, are the reasons the one-way westbound scenario was recommended for inclusion in the EIS alternative analysis, over the eastbound scenario.

## REFERENCES

District of Columbia Department of Public Works (DCDPW)
    1995   *Traffic Impact of Closing Klingle Road on Porter Street, NW.* Information Report Number 95-01-01. Prepared by Traffic Safety and Data Analysis Branch

District Department of Transportation (DDOT).
    2001   *Klingle Road Feasibility Study.* August 2001.

Klingle Road Traffic Impact Study 2004

Highway Capacity Manual 2000.

Metropolitan Washington Council of Governments (MWCOG)
    2004   Regional model, Version 2.1/TP+, Release C (dated March 26, 2004) with Round 6.3 socioeconomic forecast database.

WMATA
    n.d.   website: http://www.wmata.com/default.cfm

2002   Metrorail Passenger Survey