# Exhibit 10

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

**Friends of the Earth**

**D.C. Environmental Network**

**Coalition for Smarter Growth**

**Washington Regional Network for Livable Communities**

Anacostia Garden Club

Audubon Naturalist Society of the Central Atlantic States, Inc.

Barney Circle Neighborhood Watch Association

Clean Water Action

D.C. Greenworks

D.C. Statehood Green Party

Frederick Douglass Gardens, Inc.

Kingman Park Civic Association

Natural Resources Defense Council

Save Klingle Valley Campaign

Sustainable Community Initiatives

Washington Area Bicyclist Association

Washington Parks & People

*The organizations above do not necessarily endorse or have expertise on every recommendation in this report.*



Green Scissors 2003
# District of Columbia

**8** recommendations

to **save money** and

**protect the environment**

in the District of Columbia

The 2003 District of Columbia Green Scissors Report was made possible by the generous support of the Educational Foundation of America, the Morningstar Foundation, the Morris and Gwendolyn Cafritz Foundation and the Prince Charitable Trusts.

Friends of the Earth and the D.C. Environmental Network would like to thank the numerous activists and organizations that constantly and tirelessly fight for tighter fiscal management and responsible environmental protection in the Washington Metropolitan Region.

Written by Beth Lander, Erich Pica, Edward Sharon, and Chris Weiss with contributions from Jason Broehm, Cheryl Cort, Beth Daley, David Hirsch, Stewart Schwartz, and Jim Woodworth. Editing assistance from Keira Costic, Friends of the Earth Publications Manager.

This report will be made available free via the internet. Please point your web browser to www.greenscissors.org

Design and layout by Moebius Creative  www.moebiuscreative.com

Photographs by Deborah L. Crain, Edward Sharon, Chris Weiss and Mark Gardner Young

This publication is printed with soy ink on 100 percent recycled paper, 30 percent post-consumer content. Elemental chlorine-free.

    [union bug]

# Green Scissors 2003
# **District of Columbia**

## The Green Scissors Campaign

Born out of the partisan budget fights that echoed through the 104th, 105th and 106th Congresses, the Green Scissors Campaign unites the goals of environmental protection and fiscal responsibility. These goals cross political and ideological boundaries, and are supported by a bipartisan coalition of politicians.

Since 1994, the Green Scissors Campaign, led by Friends of the Earth, Taxpayers for Common Sense and the U.S. Public Interest Research Group, has committed itself to ending government programs that subsidize the destruction of our natural resources. During this time, the Green Scissors Campaign has cut or eliminated more than $26 billion in fiscal and environmentally harmful programs.

## Table of Contents

**Klingle Valley**
$4 million                                                  **5**

**Employee Parking Fees**
$111 million                                                **6**

**Grand Prix**
$9 million                                                  **7**

**The Baseball Stadium**
$300 million                                                **8**

**Long Term Control Plan Contributions**
$215 million                                                **9**

**Split-Rate Property Tax**
$n/a                                                        **10**

**District Government's SUV Fleet**
$240,000                                                    **11**

**WASA Groundwater Fees**
$3 million                                                  **12**



Green Scissors 2003
# District of Columbia

The District of Columbia is at a crossroads. Revenue shortfalls and pollution problems are eroding the financial and environmental stability of the city. The impact of hundreds of thousands of commuters, the slowing economy and added costs associated with local terrorism responsibilities are draining the resources of the District of Columbia. Unless the District's budget and environmental problems are solved, D.C. residents will be adversely impacted for years to come.

## Green Scissors Offering Solution

The *District of Columbia Green Scissors* report offers attainable and realistic solutions to help reconcile the District's revenue shortages and improve the environment. This report highlights more than $642 million in budget savings that could be obtained by ending wasteful transportation projects, reforming the property tax system, and requiring the beneficiaries of the District's environmental infrastructure to pay their fair share. Adopting the recommendations in this report will save money and improve the environment.

## The State of the District

The District of Columbia has balanced its budget for the sixth year in a row. While city officials must be commended for this achievement, D.C. is still in danger of producing revenue shortfalls that could trigger even greater cuts in city services. The District recently had to compensate for revenue shortfalls of $109 million in FY2002. Revenue shortfalls are estimated to be as high as $322.7 million for FY2003. A post September 11th dip in revenues generated from the sales tax, income tax and franchise tax seem to be the primary culprits for this decline. During his second inaugural address, Mayor Anthony Williams addressed the budget problems by stating, "[l]et me be candid, we are facing tough fiscal times, and it may get worse before it gets better."

In September 2002 testimony given to the City Council, Chief Financial Officer Natwar M. Gandhi stated, "Cumulatively, over the FY2003 through FY2006 period, we now estimate that … total local source revenues will be approximately $1.3 billion lower than projected."

## The State of the Environment

As the District's budget spirals towards further cuts to city services, the environment continues to deteriorate. In November 2002, the Environmental Protection Agency proposed downgrading the District's ozone air quality from "serious" to "severe." This change will cost the District hundreds of millions in federal funds, as well as force the region to assess mandatory policies to cut ozone emissions. In 2002, the District also experienced its worst air pollution with 35 code red and orange days recorded, making it dangerous for the elderly, the young and people with respiratory problems to venture outdoors.

Water pollution also remains a problem in the District of Columbia. Annually, the District discharges more than 3.2 billion gallons of raw sewage into the Potomac River, Anacostia River, and Rock Creek. Raw sewage discharges are laced with bacteria, parasites, viruses and other dangerous pathogens that can harm aquatic life and make the water unsafe for recreational use.

An almost 50 percent decrease in the District's tree canopy since 1973, has complicated efforts to clean up the region's air and control polluted stormwater run-off that pours into the Anacostia River, Potomac River and Rock Creek. The lost tree canopy would have removed about 354,000 pounds of the pollutants: sulfur dioxide ($SO_2$), carbon monoxide ($CO$), nitrogen dioxide ($NO_2$), ozone ($O_3$), and particulate matter 10 microns or less ($PM10$) from the atmosphere each year. Loss of canopy

has also resulted in a 34 percent increase (29 million cubic feet of water bi-annually) of polluted stormwater that runs into area rivers and creeks. District residents continue to pay the economic and environmental costs of this urban tragedy.

## The District's Problems ...
## A Unique Situation

The District's budget problems are not unlike 49 of the 50 states that are also experiencing revenue shortfalls in 2003. The District, however, lacks the fiscal autonomy to create innovative solutions, and unlike states, must ask for congressional approval for many fiscal decisions. The fiscal relationship with the federal government has often been strained. The District is rightfully pushing for more fiscal autonomy, and Congress has obliged by cutting back federal support. Unfortunately, as Congress has cut back federal payments, it has failed to give the District government necessary authority over taxation.

The federal government, as well as many private institutions, impose other costs on District residents. More than 53 percent of property in the District is exempt from tax. The federal buildings and museums that reside in the District do not pay property taxes. Institutions like the International Finance Corporation, National Cathedral and many private universities are exempt as well.

The District also suffers from the hundreds of thousands of workers that commute into the city each day. These commuters use the District's roads and environmental infrastructure but pay very little for the maintenance. Of the total income generated in the District of Columbia, more than 66 percent is generated by out-of-state commuters. Due to D.C.'s unique non-state status, the District cannot tax this income which effectively transfers millions of dollars of wealth from the District to the surrounding suburbs.

Ironically, the suburbs that benefit are unwilling to assist the District in funding needed infrastructure upgrades to commuter routes that wind through District neighborhoods. They are also unwilling to help pay a fair share for repairs to an antiquated sewer system and the costs of maintaining the health of the 50,000 children in our area who suffer from asthma primarily caused by the exhaust of commuters.

Chief Financial Officer Natwar M. Gandhi recently stated, "...ultimately we will have to resolve structural issues by redefining our relationship with the federal government, or suffer a drastically reduced level of services. The District is not economically viable with its present constrained tax base."

> "District officials can muster all the fiscal prudence in the world and they still won't be able to stave off the looming structural deficits."
>
> *The Washington Post*, editorial, January 30, 2003

**District of Columbia Budget**



Source: D.C. FY2002 Comprehensive Annual Financial Report (CAFR), January 29, 2003, prepared by the Office of the Chief Financial Officer.

* Estimate



Given D.C.'s inability to tap these property and income sources, District officials must be extra vigilant in its cost savings assessments. They must aggressively evaluate government expenditures in order to cut waste (that harms the environment) and reduce excessive financial costs that burden the public. District and regional inaction could mean diminished quality of life for all.

### Green Scissors District of Columbia: Part of a National Campaign

The recommendations in this report are designed to help frame public policy debates and push budget cuts that help both the environment and taxpayers. The national *Green Scissors Campaign*, led by Friends of the Earth, Taxpayers for Common Sense and the U.S. Public Interest Research Group has successfully cut more than $26 billion in wasteful programs and subsidies that have been eliminated from the federal budget. Similar state-level reform efforts have been undertaken in California, Minnesota, Michigan, Washington, and North Carolina.

### How were the programs selected?

The D.C. Green Scissors proposals were chosen by participating groups after consultation with a variety of experts, agencies and advocates in addition to a review of the D.C. budget. Many of these programs involve highly complex issues that will require structural reform or are connected to larger debates and controversies. The eight issues highlighted here were compiled working on a very limited time-line and budget, and are not intended to be fully inclusive. They represent just the tip of the iceberg and we recommend further investigation in the future. We look forward to working with Congress, Mayor Anthony Williams, the City Council, and other fiscally responsible leaders in the future to improve the quality of life in our region.

### D.C.'s Ten Highest Assessed Values for Tax Exempt Properties
**October 1, 2001**
**($000s)**

| Property* | Value |
|---|---|
| George Washington University and Hospital | 587,732 |
| The Int. Bank for Reconstruction and Development | 435, 863 |
| Georgetown University and Hospital | 418, 684 |
| Howard University | 415,040 |
| International Finance Corporation | 242,505 |
| American University | 207,647 |
| Washington Hospital Center | 189,360 |
| National Cathedral | 159,231 |
| Inter-American Development Bank | 157,459 |
| Catholic University | 126,658 |

Source: Office of Chief Financial Officer

* Excludes Federal, District and foreign government property.

# Klingle Valley $4 million

## Paving the Way for Flooding

Klingle Valley Park is an arm of Rock Creek National Park. Opened in 1890, Rock Creek Park is one of the largest forested urban parks in the country, receiving 2 million recreational visitors annually. Klingle Valley is a densely wooded area rich in biodiversity with a boulder-strewn creek and 100-year-old trees that provide an excellent habitat for a wide variety of birds and other wildlife. It is also a favorite recreational destination in the midst of a densely populated part of the District.

A 0.7-mile segment of Klingle Road bisects Klingle Valley. It was first laid out in 1831 as Joshua Pierce's Road, a connection between the owner's estate, Linnaean Hill, and Pierce's Mill Road, which is now Tilden Street. Pierce's heirs later conveyed the road right-of-way to the District, and the National Park Service acquired much of the land on either side of the right-of-way.

Klingle Creek, a tributary of Rock Creek that flows through Klingle Valley, drains a 320-acre watershed. The creek is classified by the District as one of the "Special Waters of the District of Columbia," requiring the protection of the waterway by prohibiting long-term negative impacts on water quality.

Today, the Klingle Valley watershed is largely covered with buildings, roads, parking lots and other impervious surfaces. When it rains, a significant amount of stormwater quickly runs off into the valley, causing flooding and erosion problems. Because Klingle Road runs directly alongside the creek, it exacerbates the flooding, and as a result, the road has eroded away over time. After heavy rains in 1991, Klingle Road suffered serious erosion damage, making the road unsafe and causing the District to barricade it. The road never re-opened to vehicular traffic.

### Green Scissors Proposal

Support Mayor William's position. Ban vehicular traffic on Klingle Road, saving taxpayers $4 million. The implementation of this option is supported by Mayor Anthony Williams, five D.C. Council members, the National Park Service, the National Capital Planning Commission, and thousands of area residents.

### Current Status

In December 2001, Mayor Williams announced his decision, based on the recommendation of the D.C. Department of Transportation, to keep Klingle Road closed to vehicular traffic. The Mayor committed to replace the road with a pedestrian and bicycle trail.

In April 2002, the D.C. Council passed legislation preventing Mayor Williams from proceeding with construction of the trail until he submits a formal plan to the Council for approval. The Mayor submitted his plan on Dec. 19, 2002, and in January of 2003, Council Chair Linda Cropp (D At-Large) introduced a bill to open the road to general automobile traffic. On Jan. 21, 2003, Councilmember Phil Mendelson held a public roundtable to give District residents an opportunity to discuss the future of Klingle Valley. With a 4-1 advantage, residents from throughout the District expressed support for the Mayor's plan to protect Klingle Valley and open the park to pedestrians and bicyclists.

### Program Hurts Taxpayers

According to an August 2001 feasibility study prepared by the Louis Berger Group, banning vehicular traffic on Klingle Road and converting it into a recreational trail would cost approximately $1 million. However, repairing the road to accommodate general vehicular traffic would cost an estimated $5 million. These cost savings would allow $4 million to be put back into the public treasury.

### Program Hurts the Environment

Rebuilding Klingle Road for vehicular traffic would threaten the natural environment of Klingle Valley and Rock Creek Park. The closed portion of Klingle Road cuts through a steep, narrow valley along the banks of Klingle Creek; in fact, half of the road lies in the floodplain. Rain falling on a rebuilt road would wash oil, antifreeze, sediment and other pollutants into Klingle Creek and Rock Creek, harming aquatic life. Rebuilding the road would not only threaten numerous mature trees growing alongside the road, but also would contribute to increased automobile traffic in Rock Creek Park.

### Contacts

Jason Broehm, Save Klingle Valley Campaign, 202-299-0745

Beth Daley, Save Klingle Valley Campaign, 202-347-1122 x223

> "The decision we are making on this issue will provide more open space for our neighborhoods and more natural recreation opportunities for our residents and visitors … and continue the longstanding commitment of this administration and the District government to a healthy and sustainable environment."
>
> Mayor Anthony Williams, Dec. 13, 2001



# $111 million

# Parking Fees

## Driving Alone Costs Us All

"For work, there's no question that's my incentive to drive — because of the parking space. If I didn't have that space, I'd be on the Metro."

Jim Forbes,
Press Officer,
U.S. House of
Representatives
Administration
Committee,
*The Washington Post,*
July 8, 2002

In the 1990's, the number of Washington metropolitan area residents who drove alone to work increased by 250,000 people. Everyday, over 426,000 individuals commute into the District of Columbia for work. The average number of passengers per car in D.C. is 1.13. Even as traffic congestion worsens, driving alone to work has become increasingly popular.

In the summer of 2001, the Washington Metropolitan Transportation Planning Board (TPB) proposed studying the possibility of a $1 parking fee. The fee was to be imposed upon all parking spaces used for employment purposes (home-to-work travel). This fee was to be paid by employees, and was estimated to have the potential to generate $1.16 billion over three years for the Washington Metropolitan region. The proposal was debated by regional representatives but eventually abandoned.

### Green Scissors Proposal

Charge a $1 per day fee on all employer/employee-parking spaces in the District of Columbia. Based on the commuter modeling data generated by the Washington Metropolitan Council of Governments (COG), a $1 tax would generate over $111 million in annual revenues for the District.

### Current Status

There have been no similar parking fee laws introduced or passed since the 2001 TPB proposal.

On Nov. 13, 2002, the Environmental Protection Agency proposed changing the Washington Metropolitan's ozone non-attainment area classification from "serious" to "severe." If these changes are finalized, Washington, D.C. would be required to create "enforceable transportation control strategies" that will require attainable reductions in vehicle trips. Such strategies would be necessary to comply with the air quality targets associated with a classification of "severe."

### Program Hurts Taxpayers

Free parking is not "free." Congestion and air pollution costs, exacerbated by excessive driving, are spread among the entire population regardless of whether people drive alone, carpool, use transit, bike or walk to work. A fee to increase the cost of parking spaces used for work would place the financial responsibility on commuters who choose to drive to work. In other words, the employee-parking fee would create a market incentive for more responsible behavior that benefits the regional population as a whole.

### Program Hurts the Environment

Recent figures generated by COG, utilizing a new, more detailed modeling program (Mobile 6), show that emissions (volatile organic compounds (VOC) and nitrogen oxides (NOx)) are highest in vehicles that travel at low speeds (between 5-20 MPH). Congestion, therefore, is one of the main culprits for the region's poor air quality.

The air quality in 2002 was the dirtiest in a decade. From May 1, 2002, to August 22, 2002, COG reported a record 15 Ozone Action days including three Code Orange days (unhealthy for sensitive groups including children with asthma), 10 Code Red days (unhealthy to all) and two Code Purple days (very unhealthy to all). (Using the new eight hour standard the District experienced over 35 code red and orange days.)

An employer/employee parking fee would discourage commuters from driving to work and encourage the use of public transportation resulting in less congestion and decreased exhaust emissions.

### Contacts

Cheryl Cort, Washington Regional Network for Livable Communities, 202-667-5445

Stewart Schwartz, Coalition for Smarter Growth, 202-588-5570



# Grand Prix $9 million

In July of 2001, the D.C. Sports and Entertainment Commission, a semi-autonomous government agency that negotiates and attracts sports and entertainment events in the District, signed a 10-year contract with National Grand Prix Holdings, LLC, to bring the Cadillac Grand Prix to Washington, D.C.. The first race, held from July 19 to 21, 2002, drew 70,000 spectators over three days. The terms of the contract stipulated that the Sports Commission was to pay $5.1 million to construct a 1.7 mile track within the parking lots of Robert F. Kennedy Stadium in addition to $1 million per year in track re-paving costs.

## Green Scissors Proposal

Discontinue City funding of the Cadillac Grand Prix, saving taxpayers $9 million in projected re-paving costs over the remaining nine years of the contract.

## Current Status

Mayor Williams heralded the race as a huge success and an important step for D.C.'s economic future, and pledged support for the continuance of the Cadillac Grand Prix in the District. However, D.C. residents and community leaders were outraged that they were essentially left out of the process of deciding whether to hold a grand prix in their backyard. "It was so loud … within the immediate area, it rendered ordinary living … impossible," said Council members Phil Mendelson (D-At Large) and Sharon Ambrose (D-Ward 6) in a July 22, 2002 letter. The Council members also demanded that the D.C. Sports and Entertainment Commission cancel the contract for the Cadillac Grand Prix.

The resulting noise was so pervasive that D.C.'s Department of Consumer Affairs office was called upon to investigate whether or not the National Grand Prix Holdings, LLC committed fraud on the environmental assessment form when they stated that there would be no significant noise generated by the event. Other Council members have called for the resignation of the Sport Commission's Board chairman as well as the legislative restructuring of the Commission itself.

## Program Hurts Taxpayers

The District has shouldered all of the financial risk. Despite an agreement to share track construction costs, the Sports Commission initially paid the entire $5.1 million in full. Due to delayed disclosure of financial results, the public has no way of knowing how much, if any, of that $5.1 million was re-couped by revenues generated at the event. Many government and community leaders believe that better oversight of the Sports Commission will lead to millions of dollars in taxpayer savings.

## Driving D.C. Residents Mad

A similar grand prix was held in Denver, Colo., in the early 1990's. Funds were needed to build a track comparable to that of the Cadillac Grand Prix. The Denver government allocated $55,000 of city funds for construction costs. Even with minimal investment of public funds, the event lost approximately $7.5 million over two years.

### Program Hurts the Environment

The race violated noise pollution laws. Noise measurements from around the racecourse showed that the event produced noise levels between 93 and 105 decibels in the Kingman Park neighborhood adjacent to the racecourse. By law, noise levels in D.C. neighborhoods must not exceed 60 decibels. Despite the Mayor's insistence that noise levels would be reduced for next year's race, experts believe that only so much can be done. "The bottom line is that there is no way they can comply with the 60-decibel ordinance. I have never seen more than a 20-decibel reduction in any case from a sound wall," said Ilene J. Busch-Vishniac, dean of the Whiting School of Engineering at Johns Hopkins University.

The Department of Consumer and Regulatory Affairs needs more enforcement power. While the Department fined the promoters for violating permissible noise levels, $500 is the maximum allowed by law. Furthermore, the Department does not have the legal authority to block the event from occurring next year. At best, they can halt the race, but only after it has started and only if noise levels are found to violate the 60-decibel level.

There was no adequate assessment of the environmental impacts of the race. While District officials found that there would be no significant environmental impact from the race, the noise and noxious air had a very significant impact. "The air quality impact was … plainly evident to every visitor to the event," said Mendelson and Ambrose. In light of the Environmental Protection Agency's proposed reclassification of the D.C. Metro region from a "serious" to a "severe" ozone non-attainment area, events like the Cadillac Grand Prix run counter to our air quality attainment goals.

### Contacts

John Capozzi, Barney Circle Neighborhood Watch Association,3
202-544-0821

Frazier Walton, Jr., President, Kingman Park Civic Association,
frawalton@worldnet.att.net

Veronica Raglin, Advisory Neighborhood Commission 7D01,
202-396-7653

> "… the noisy, noxious, fume-spewing Cadillac Grand Prix … was insensitively and stealthily imposed on a stable, predominantly black Northeast Washington neighborhood over the residents' strong objections."
>
> Colbert I. King,
> *The Washington Post*,
> Aug. 17, 2002

Photo: Mark Gardner Young



# The Baseball Stadium

**$300 million**

## Pledging Public Funds We Don't Have

*"Besides stripping funds from the unmet needs of our city, public subsidies for owners of sports teams encourage waste, inefficiency, inflated stadium costs and cost overruns — economics [that] team owners would address if they had to pay for stadiums themselves."*

Ralph Nader,
Founder of
Public Citizen,
*The Washington Post*,
Dec. 23, 2002

Washington, D.C. has been without a baseball team since the fall of 1971. Business leaders and city residents have been trying to bring Major League Baseball back to the District ever since. There is widespread community support to bring a team to D.C. and League officials have called the District of Columbia the front-running contender for a relocated team. Mayor Anthony Williams, who has pledged support for a Washington-based baseball team, believes a new team will help bring economic vitality back to the District.

In November 2000, Mayor Williams pledged $200 million of District funds to pay for the new stadium and in December 2002, the Mayor stated that the public contribution could run as high as $300 million. A Washington Post poll conducted in May 2002 found that 80 percent of D.C. residents want baseball to return to D.C. However, half of those who favor bringing baseball here, do not support paying for a stadium with public funds.

### Green Scissors Proposal

Reject the use of public funds to help finance a new baseball stadium. Building the stadium with private funds, a feasible alternative, would save D.C. taxpayers an estimated $300 million.

### Current Status

A Nov. 13, 2002, site evaluation report found that the cost for a stadium would be between $342 and $542 million depending on which of the five sites (within the District) are chosen. The $300 million Mayor Williams has pledged will likely be loaned to the city (due to revenue shortfalls) requiring annual principle and interest repayments. "The bulk of the costs (to repay the loan) are going to be offset by project-based revenues," said Tony Bullock, the Mayor's spokesperson. However, administration officials have also admitted that additional funding will be needed to break even on these loan payments.

### Program Hurts Taxpayers

Many economists and experts who have studied the economic effect of stadiums have found that they do not generate significant revenues or spur economic development. "Almost all economists and development specialists conclude that the rate of return a city or metropolitan area receives for investment (in a sports complex) is generally below that of alternative projects," said Adam M. Zaretsky, economist, Federal Reserve Bank of St. Louis.

Furthermore, many D.C. Council members, community leaders and residents have expressed concerns that publicly funding a new stadium would disrupt neighborhoods, strain D.C.'s budget, and divert money away from the District's antiquated infrastructure.

### Program Hurts Environment

Each of the five locations chosen in the report pose unique environmental dangers including groundwater displacement, stormwater runoff, and residential and commercial relocation.

Most importantly, there are no recommendations that call for the rebuilding of Robert F. Kennedy Memorial Stadium (RFK). "If team owners bore the cost of a stadium here, they would choose the RFK site, which is the most economically viable, already has the infrastructure in place and faces the least neighborhood opposition," said Ralph Nader, Founder of Public Citizen.

### Contacts

Debby Hanrahan, D.C. Statehood Green Party, 202-462-2054

# Long Term Control Plan Funding

**$215 million**

The District of Columbia's sewer system, which is over 100 years old, channels both sewage and stormwater runoff. The antiquated system, controlled by the D.C. Water and Sewer Authority (WASA), regularly fills beyond capacity forcing the annual discharge of more than 3.2 billion gallons of raw sewage and polluted storm-water into the Potomac River, Anacostia River, and Rock Creek. These discharges, known as combined sewage overflows (CSOs), are one of the leading causes of pollution and have plagued the Capital's waterways for over a century.

WASA inherited the responsibility for solving the CSO discharge problem and has developed a Long Term Control Plan (LTCP) to reduce discharges and cleanup the rivers. The plan would rely on a system of underground storage tunnels to capture and retain the overflow from the combined sewer system, preventing discharges into D.C.'s rivers. After a major rain event, the stored wastewater would be pumped from the tunnel systems to the Blue Plains Wastewater Treatment Plant for treatment.

### Green Scissors Proposal

Congress, in addition to Maryland, Virginia and D.C. residents, should fund the LTCP and other measures needed to clean up the Anacostia River. WASA should also consider implementing a rate-scale based on homeowner income in order to avoid a disproportionate financial burden on its lowest-income ratepayers.

### Costs and Benefits Should Be Allocated Fairly

The federal government and WASA ratepayers in Maryland and Virginia should fund a significant portion of the LTCP. WASA's sewer system and the Blue Plains Treatment plant serve all of the federal buildings in the District as well as more than 1.6 million customers outside the District of Columbia. WASA estimates that as much as 17 percent of the average annual CSO discharge volumes are caused by suburban wastewater flows. This is equivalent to 544 million gallons of suburban sewage and stormwater that spill into the District's rivers. The plan, however, fails to charge these ratepayers, specifically Montgomery and Prince George's counties in Maryland, and Fairfax and Loudoun counties in Virginia, for their fair share of the CSO burden born on the District, and the corresponding capital costs of the LTCP.

## Paying a Fair Share

### Clean Rivers Are Good Investments

Funding the LTCP, including the Anacostia River tunnel and other stormwater controls is a good investment for the environment, public health and economic development of the District. CSOs are extremely harmful to humans. The billions of gallons of raw sewage that enter our rivers are laced with waterborne bacteria, parasites, viruses and other dangerous pathogens, and stormwater runoff contains oil and gas, heavy metals, pathogens, toxins, suspended solids, trash and floating debris. Swimmers, rowers, boaters and fishermen are all exposed to contaminants that cause sicknesses such as salmonellosis, bacterial and viral gastrointestinal infections as well as skin infections. The environmental, economic and public health benefits of clean rivers will be enjoyed by all who work in and visit the capital, as well as those downstream outside the District who use the Potomac River and Chesapeake Bay.

### Current Status

On July 18, 2002, WASA released the final LTCP to the public and on Aug. 5, 2002 presented it to the Environmental Protection Agency for review and approval. With the assistance and cooperation of the environmental community, WASA appropriated $1.8 million in FY2002 and Congress is set to appropriate approximately $45 million in FY2003 for the LTCP.

### Contacts

Chris Weiss, D.C. Environmental Network, Clean Water Campaign, 202-783-7400 x120

Jim Woodworth, Natural Resources Defense Council, 202-289-2429

> "Water quality in the District of Columbia is a national embarrassment. Toilets in the U.S. Capitol regularly flush directly into the nearby Anacostia River, and billions of gallons of raw sewage and polluted storm-water pour into the rivers and creeks of our nation's capital each year."
>
> Brent Blackwelder, President, Friends of the Earth



# $n/a    Split-Rate Property Tax

## Cleaning Up Our Vacant Properties

"I can categorically affirm that the two-rate policy is a significant economic development initiative."

Mayor Steven Reed, Harrisburg, PA, March 12, 1996

Often times, land speculators buy properties for investment purposes. Instead of maintaining or improving these properties, speculators allow them to become dilapidated, board them up, or leave them vacant in anticipation of future increases in land values. This is one of the main reasons that properties in economically depressed areas remain under-used and vacant for long periods.

Land speculation continues to plague the District of Columbia, as there are many dilapidated properties in D.C. that have yet to be redeveloped. Under the District's current property tax system, land and buildings are taxed at the same rate. Accordingly, creating value in a building causes taxes to rise while allowing a building to deteriorate (or boarding it up) results in lower taxes. Thus existing economic incentives punish responsible owners and reward speculators.

The split-rate property tax is a unique public policy that gives incentives for residential and commercial property owners to make improvements to their land, which effectively discourages land speculation. Under this system, the assessed value of buildings would be taxed at a lower rate than the assessed value of land. With a smaller tax on buildings, increasing a building's value through improvements becomes less financially burdensome. In addition, leaving a property vacant would cost speculators considerably more money under a split-rate system. Decreases in land speculation in the District would make more urban land available for development at affordable prices.

### Green Scissors Proposal

Phase in a split-rate property tax in Washington, D.C. Through this approach, a split-rate system would gradually and predictably reduce the tax on buildings relative to land over a period of a few years.

### Current Status

Today, 20 Pennsylvania cities and towns utilize a split-rate tax. When Pittsburgh was taxing buildings at one-sixth the rate on land, residential and commercial development within the city grew substantially in spite of the severe depression in steel and related industries. Contrary to national trends, the pace of development within the city limits exceeded that of its suburbs.

In 1990, the D.C. Council considered a split-rate tax plan but instead, implemented the class 5 property tax, a penalty tax on vacant property (including vacant buildings) that was administratively cumbersome, riddled with loopholes and encouraged arson. Even though this penalty tax was repealed as part of the Tax Parity Act (FY2000 Budget Support Act of 1999, #13-38), it was re-enacted this past December as part of the Real Property Classification Clarification Emergency Act of 2002.

### The Current Property Tax Hurts Taxpayers

The current property tax system reduces the supply of affordable homes and businesses. As a result, prospective residents and commercial tenants can easily find cheaper and more attractive alternatives in the suburbs. This erodes the tax base and exacerbates unemployment. Erosion of our tax base leads to decreased revenues for the District at a time when we are facing revenue shortfalls of over $320 million for FY2003.

### The Traditional Property Tax Hurts the Environment

The traditional property tax promotes flight to the suburbs, which causes sprawl. Increased development in more suburban and rural areas also leads to the increased use of automobiles that exacerbates the traffic congestion and air quality problems that continue to plague the Washington region. Development in outlying areas leads to water pollution, as erosion from suburban construction sites, streets and parking lots are the greatest contributors to water sedimentation. (Note that urban residential and commercial centers use less surface parking.) Sprawl also steals from every citizen precious open spaces, fragmenting wildlife habitat.

### Contacts

Cheryl Cort, Washington Regional Network, 202-667-5445

Stewart Schwartz, Coalition for Smarter Growth, 202-588-5570

# District Government's SUV Fleet  $240,000

The District of Columbia currently owns or leases more than 713 sedans, 273 sport utility vehicles (SUVs) and 163 alternative fuel vehicles (AFVs) in its vehicle fleet. According to Ron Flowers, administrator of the Fleet Management Administration, District of Columbia Department of Public Works, all of these vehicles (excluding the 163 alternative fuel vehicles) fail to meet fuel efficiency standards required under D.C. law.

Section 50-203 of the District of Columbia Code forbids the purchase or lease of any vehicle by the Government that averages less than 22 miles per gallon (MPG). While this law exempts vehicles used for emergency purposes, none of the 713 non-emergency sedans or 55 non-emergency SUVs under the authority of the Fleet Management Administration meets this standard.

### Green Scissors Proposal

The D.C. government should eliminate all vehicles from its fleet that fail to meet the 22 MPG standard. At least, 55 SUVs are currently used for non-emergency purposes. If alternative fuel vehicles and/or bicycles (as currently used by D.C.'s MPD) were used instead of these SUVs, the District would recoup at least $240,000 in fuel and repair cost savings each year.

### Current Status

On Oct. 23, 2002, the Government Sport Utility Purchasing Act of 2002 (Bill #14-454) was signed into law by Mayor Anthony Williams. Authored and introduced by Councilmember Carol Schwartz (R-At Large), this law amended Section 50-203 to forbid the future purchase or lease of any SUV used for non-emergency purposes.

On Nov. 13, 2002, the Environmental Protection Agency proposed changing D.C.'s classification as an ozone non-attainment area from "serious" to "severe." In addition, recent modeling analysis (Mobile 6) conducted by the Washington Metropolitan Council of Governments (COG) found that projections for vehicle exhaust admissions are far worse than anyone had expected.

"My heart skipped a beat," said D.C. Council member Phil Mendelson (D-At Large). "I thought it was going to be more like 15" tons over the emissions limit. New analysis, released by COG in December 2002, found that the region is on track to exceed these limits by 35-50 tons per day. It was originally projected that the region would exceed its emission targets by 8 tons per day.

## Wasting Gas and Burning Money

### Program Hurts Taxpayers

Despite Councilmember Schwartz's bill that bans future purchases of heavily polluting vehicles, SUVs currently comprise 5.8 percent of the District's fleet. Every year, it costs D.C. over $88,000 in fuel costs and over $214,000 in repair costs to maintain these vehicles. By contrast, the annual costs associated with the 163 alternative fuel vehicles equate to approximately $10,000 for fuel and $39,000 for repairs. It is clear that alternative fuel vehicles, if used in lieu of non-emergency SUVs, would save the D.C. taxpayers a considerable amount of money.

### Program Hurts the Environment

The Washington metropolitan region has some of the worst air pollution in the country. In the past three years, the total number of SUVs on Washington area roads have soared from 15 percent to 25 percent, directly contributing to our bad air quality.

The use of SUVs by the District of Columbia unnecessarily contributes to significant emissions of greenhouse gases. Due to their classification as light trucks, SUVs are permitted to emit 30 percent more carbon monoxide and 75 percent nitrogen dioxide than passenger cars. Therefore, every SUV on the road is equivalent to two or three gas-powered cars and six to seven alternative fuel-powered cars in terms of pollutant emissions.

The continued use of gas guzzling vehicles, especially SUVs, further jeopardizes the region's effort to attain its air pollution reduction targets. Unless air quality compliance is achieved, new transportation construction projects could be denied federal approval. Non-attainment and the subsequent denial of essential federal transportation funds would cripple the regional economy as well as our transportation infrastructure. "There is no way in the world the region is going to build anymore major road projects in light of these results," said Loudoun County Supervisor James G. Burton (I-Mercer), referring to the recent figures generated by COG.

### Contacts
David Hirsch, Friends of the Earth, 202-783-7400 x215

> "We're talking a city here … It's not as if our employees are out there negotiating blizzards on rural dirt roads in mountainous terrain."
>
> D.C. Council Member Carol Schwartz (R-At Large), June 19, 2002



# $3 million | WASA Groundwater Fees

## Pumping Without Paying

Significant amounts of groundwater collect around the basements of large office and apartment buildings in the downtown section of Washington, D.C. This water must be pumped away to keep it from flooding the bottom floors of these buildings. Up until July 2002, the D.C. Water and Sewer Authority (WASA) charged a disposal fee to pump the groundwater into the combined sewer system that serves all District residents.

The fee was based on the amount of water volume pumped and was charged to all customers with discharge pipes 1.5 inches inch or larger in diameter. Thus, the bulk of the fees were to be paid by large corporations and office and apartment building owners in the downtown D.C. area.

At the height of implementation, 80 out of approximately 500 customers were paying over $700,000 per year in groundwater discharge fees to WASA.

### Green Scissors Proposal

Reinstate and enforce the groundwater discharge fees against all ratepayers in the District of Columbia with discharge pipes of 1.5 inches or larger in diameter. WASA estimates that it would have received $3 million annually had the law been fully implemented to all 500 customers matching WASA's criteria. Some WASA estimates forecasted revenues as high as $9 million.

### Current Status

The groundwater fee was enacted in 1990 by Mayor Marion Barry. However, it was never fully implemented due to heavy corporate opposition as well as an extended court battle between WASA and the Apartment and Office Building Association (AOBA). WASA, upon its creation in April 1996, tried to first implement the fee under its authority as successor to the District of Columbia Water and Sewer Utility Administration.

In 1998, AOBA took the lead in the effort to repeal the law by seeking a court-ordered injunction to halt implementation of the fee. Shawn Pharr, AOBA's vice president of government affairs, called the law "a screwball program that epitomized the circa 1990 mindset of the Barry Administration and D.C. Council at its worst."

After an intensive corporate lobbying effort, the groundwater discharge fee was repealed in July 2002 as part of the D.C. Budget Support Act.

### Program Hurts Taxpayers

WASA estimates that it has lost at least $3 million annually in revenues that would have been received as a result of implementation of the groundwater discharge fee. While ratepayers pay for the financial and literal burden of this exemption with higher water utility bills, AOBA members and many large corporations freely discharge their groundwater into WASA's system.

### Program Hurts the Environment

"The introduction of "clean" groundwater into the sewage stream has a beneficial effect, because it dilutes the strength of the sewage effluent," said Shawn Pharr, claiming that there is no adverse environmental impact by repealing the groundwater discharge fee.

Adding groundwater to the current combined sewer system does indeed dilute the sewage run-off. However, more importantly, the addition of millions of gallons of water adds volume to the system and thus directly contributes to a greater number of combined sewer overflows (CSOs). Every year, these CSOs dump over 3.2 billion gallons of raw sewage and polluted storm-water into the Potomac River, Anacostia River and Rock Creek. This exemption for business and apartment building owners not only raises utility bills, but also contributes to one of D.C.'s most serious environmental problems.

### Contacts:

Chris Weiss, Director, D.C. Environmental Network, 202-783-7400 x120

> "This freebie exempts Fannie Mae, the Convention Center Authority, private universities, apartment buildings and downtown building owners from paying groundwater discharge fees. All this when the District is plagued with menacing budget deficits and desperately needs money to fix its antiquated sewer system."
>
> Jenefer Ellingston, D.C. Statehood Green Party, Jan. 29, 2003

# Participating Organizations and Contacts

The following organizations support the principles of the *District of Columbia Green Scissors* report to help create policies for the District of Columbia that are fiscally responsible and environmentally sound. They do not necessarily endorse or have expertise on every recommendation in this report:

**Friends of the Earth**
1025 Vermont Avenue, 3rd Floor,
Washington, D.C. 20005
202-783-7400    202-783-0444 (fax)
Web: www.foe.org
Email: epica@foe.org
As the U.S. voice of an international network spanning 70 countries, Friends of the Earth champions a more healthy and just world.

**District of Columbia
Environmental Network**
1025 Vermont Avenue, 3rd Floor,
Washington, D.C. 20005
202-783-7400    202-783-0444 (fax)
Web: www.foe.org
Email: cweiss@foe.org
The network, spearheaded by Friends of the Earth — is working toward a vision of rebuilding Washington, D.C.'s neighborhoods and communities for long-term economic stability — accomplishing this by protecting and restoring the Capitol City's urban environment.

**Coalition for Smarter Growth**
1777 Church Street, NW,
Washington, D.C. 20036
202-588-5570    202-588-5676 (fax)
Web: www.smartergrowth.net
Email: email@smartergrowth.net
The Coalition for Smarter Growth is made up of over 40 organizations working to fight sprawl and promote livable communities and transportation choices in the Washington, D.C., region.

**Washington Regional Network
for Livable Communities**
1777 Church Street, NW,
Washington, D.C. 20036
202-667-5445    202-667-4491 (fax)
Web: www.washingtonregion.net
Email: ccort@washingtonregion.net
The Washington Regional Network for Livable Communities (WRN) advocates transportation investments, land use policies, and community designs that enhance existing communities and the environment of the National Capital Region.

**Anacostia Garden Club**
Diane Fleming
202-582-6583

**Audubon Naturalist
Society of the Central
Atlantic States, Inc.**
Neal Fitzpatrick
301-652-9188
www.audubonnaturalist.org

**Barney Circle
Neighborhood Watch
Association**
John Capozzi
202-544-0821

**Clean Water Action**
Andrew Fellows
202-895-0420
www.cleanwater.org

**D.C. Greenworks**
Dawn Gifford
202-518-6195
www.communityresources.org

**D.C. Statehood
Green Party**
Jenefer Ellingston
202-296-1301
www.dcstatehoodgreen.org

**Frederick Douglass
Gardens, Inc.**
Diane Dale
301-794-7050

**Kingman Park Civic
Association**
Frazier Walton, Jr.
frawalton@worldnet.att.net

**Natural Resources
Defense Council**
Jim Woodworth
202-289-6868
www.nrdc.org

**Save Klingle
Valley Campaign**
Jason Broehm
www.kinglevalley.org

**Sustainable Community
Initiatives**
Jim Schulman
202-544-0069

**Washington Area
Bicyclist Association**
Ellen Jones
202-628-2500
www.waba.org

**Washington
Parks & People**
Steve Coleman
202-462-7275
www.washingtonparks.net

