# Exhibit 12

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH, INC. AND SIERRA CLUB TO INTEVENE AS DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GALE BLACK, ET AL.,**<br>　　　**Plaintiffs,**<br><br>　　v.<br><br>**ERIC HOLDER, ET AL.,**<br>　　　**Defendants.** | )<br>)<br>)<br>)　　**Civil Action No. 11-1928**<br>)　　**(RBW)**<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JAMES B. DOUGHERTY**

I, James B. Dougherty, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am a member in good standing of the Bar of the District of Columbia and counsel for the Sierra Club which, along with Friends of the Earth (collectively, "Movants"), moves to intervene in the above-captioned proceeding.

2.  I submit this declaration in support of Movants' Motion to Intervene on behalf of Defendants.  I have personal knowledge of the facts stated in this Declaration, and if called upon to testify, would testify that the facts set forth here are true and correct.

3.  The following Exhibits are attached:

　　a.  Attached as **Exhibit 1** is a true and correct copy of the Declaration of John C. Campbell, a member of the Sierra Club.

　　b.  Attached as **Exhibit 2** is a true and correct copy of the Declaration of Edward Doheny, a member of the Sierra Club.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 2, 2012.

James B. Dougherty