# Exhibit 13

Civil Action No. 11-1928 (JEB)

**MOTION OF FRIENDS OF THE EARTH,
INC. AND SIERRA CLUB TO INTEVENE
AS DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **GALE BLACK, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**RAY LAHOOD, ET AL.,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 11-1928**<br>**(JEB)** |

**DECLARATION OF DAVID BUENTE**

I, David Buente, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the Bar of the District of Columbia, an attorney with Sidley Austin, LLP, and counsel for Friends of the Earth, who along with Sierra Club move to intervene in the above-captioned proceeding (collectively, "Movants").

2. I submit this declaration in support of Movants' Motion to Intervene on behalf of Defendants. I have personal knowledge of the facts stated in this Declaration, and if called upon to testify, would testify that the facts set forth here are true and correct.

3. The following Exhibits are attached:

    a. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Brent Blackwelder, President Emeritus of Friends of the Earth.

    b. Attached as **Exhibit 4** is a true and correct copy of the Declaration of Ann Hume Loikow, member of Friends of the Earth.

    c. Attached as **Exhibit 5** is a true and correct copy of the Declaration of Randall Hayes, member of Friends of the Earth and founder of Rainforest Action Network.

d. Attached as **Exhibit 6** is a true and correct copy of the Declaration of Elaine Zuckerman, member of Friends of the Earth.

e. Attached as **Exhibit 7** is a true and correct copy of the Declaration of Erich Pica, President of Friends of the Earth.

f. Attached as **Exhibit 8** is a true and correct copy of the Declaration of Brock Evans, member of Friends of the Earth.

g. Attached as **Exhibit 9** is a true and correct copy of the "Klingle Road EIS Traffic Impact Study" without the appendices.

h. Attached as **Exhibit 10** is a true and correct copy of the "Green Scissors 2003: District of Columbia" report.

i. Attached as **Exhibit 11** is a true and correct copy of the written comments submitted by Friends of the Earth on the 2005 "Draft Environmental Impact Statement for Klingle Road."

I declare under penalty of perjury that the foregoing is true and correct.


Executed on _March 6_, 2012.


David Buente
1501 K Street NW
Washington, DC 20005

2